(Official Form 1) (04/07)

| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF TEXAS<br>LUBBOCK DIVISION | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Quevedo, Eduardo** | Name of Joint Debtor (Spouse)  (Last, First, Middle):<br>**Quevedo, Emma Rios** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**aka Eddie Quevedo** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**aka Emma E Rios-Quevedo** |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): **xxx-xx-8752** | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all):  **xxx-xx-7934** |

| Street Address of Debtor (No. and Street, City, and State):<br>**2406 29th St.**<br>**Lubbock, TX** | ZIP CODE<br>**79411** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**2406 29th St.**<br>**Lubbock, TX** | ZIP CODE<br>**79411** |
|---|---|---|---|
| County of Residence or of the Principal Place of Business:<br>**Lubbock** | | County of Residence or of the Principal Place of Business:<br>**Lubbock** | |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 11422**<br>**Lubbock, TX** | ZIP CODE<br>**79408** | Mailing Address of Joint Debtor (if different from street address):<br>**PO Box 11422**<br>**Lubbock, TX** | ZIP CODE<br>**79408** |

| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |
|---|---|

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed**   (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**   (Check one box)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee**   (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b).  See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   |   THIS SPACE IS FOR COURT USE ONLY

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $10,000 | $10,000 to $100,000 | $100,000 to $1 million | $1 million to $100 million | More than $100 million |
|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,000 to $100,000 | $100,000 to $1 million | $1 million to $100 million | More than $100 million |
|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2007 (Build 8.1.1.3, ID 3348851545)*

(Official Form 1) (04/07)                                                                                                    FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):  **Eduardo Quevedo**<br>**Emma Rios Quevedo** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor   (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X**  /s/ Wendy McDowell Durbin                       04/30/2007<br>     **Wendy McDowell Durbin**                         Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☒  No.

### Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☒  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue

(Check any applicable box)

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding (in a federal or state court) in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property

(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2007 (Build 8.1.1.3, ID 3348851545)*

(Official Form 1) (04/07)                                                                              FORM B1, Page 3

| Voluntary Petition | Name of Debtor(s): **Eduardo Quevedo** |
| *(This page must be completed and filed in every case)* | **Emma Rios Quevedo** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Eduardo Quevedo
_____
**Eduardo Quevedo**

**X** /s/ Emma Rios Quevedo
_____
**Emma Rios Quevedo**

_____
Telephone Number (If not represented by an attorney)

**04/30/2007**
_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

---

**Signature of Attorney**

**X** /s/ Wendy McDowell Durbin
_____
**Wendy McDowell Durbin**      Bar No. **00788010**

**Durbin & Associates**
**2723 81st Street**
**Lubbock, Tx 79423**

Phone No. **(806) 771-7500**      Fax No. **(806) 744-4740**
_____

**04/30/2007**
_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
_____

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

_____
Address

**X**
_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# DURBIN&ASSOCIATES

Wendy McDowell Durbin
Michael Paul Crosnoe

**Attorneys at Law**
2723 81st Street
Lubbock, Texas 79423

(806) 771-7500 Phone
(806) 744-4740 Fax

### AGREEMENT BETWEEN COUNSEL AND DEBTOR CONCERNING
### CREDITOR ACCOUNT NUMBERS AND SOCIAL SECURITY NUMBERS

The undersigned debtor hereby authorizes the Law Offices of Durbin & Associates, Wendy McDowell Durbin, Michael Paul Crosnoe and any officer, agent, or employee thereof to use my full account identification number and my Federal Social Security number when available in the preparation of my bankruptcy petition and schedules and in any form of communication, whether written or electronic, for all of my credit accounts to insure that all creditors, and all officers, agents, employees, and attorneys thereof, have adequate information to ensure the proper identification by the said parties of my accounts and of the fact that I am currently debtor under Federal Bankruptcy Code and as such are fully protected from any type of adverse creditor action by virtue of the automatic stay.  This authorization will extend to and include either verbal or written or electronic verification to the said parties of the relevant account number and/or Social Security number as required or as deemed necessary and appropriate.  This authorization shall remain in force and effect until and unless it is revoked by a written document duly executed by the undersigned party and actually delivered to the Law Offices of Durbin & Associates.  Any such written revocation shall become effective 15 days after receipt thereof.

This, the 30th day of April , 2007

Debtor's signature

Debtor's signature

B201 (10/05)
**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

IN RE:  **Eduardo Quevedo**
         **Emma Rios Quevedo**

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.  You are cautioned that bankruptcy law is complicated and not easily described.  Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition.  Court employees cannot give you legal advice.

## 1.  Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.**  The briefing must be given within 180 days BEFORE the bankruptcy filing.  The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.**  The clerk also has a list of approved financial management instructional courses.

## 2.  The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7:   Liquidation  ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)
1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.  Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7.  If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code.  It is up to the court to decide whether the case should be dismissed.

2.  Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts.  If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law.  Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income
### ($235 filing fee, $39 administrative fee: Total fee $274)

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under Chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

B201 (10/05) **UNITED STATES BANKRUPTCY COURT** Page 2
**NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

IN RE:  **Eduardo Quevedo**
**Emma Rios Quevedo**

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11:  Reorganization  ($800 filing fee, $39 administrative fee: Total fee $839)
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors.  Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:  Family Farmer or Fisherman    ($200 filing fee, $39 administrative fee: Total fee $239)
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:**  Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

## Certificate of Compliance with § 342(b) of the Bankruptcy Code

I, _____**Wendy McDowell Durbin**_____, counsel for Debtor(s), hereby certify that I delivered to the Debtor(s) the Notice required by § 342(b) of the Bankruptcy Code.

**/s/ Wendy McDowell Durbin** _____
Wendy McDowell Durbin, Attorney for Debtor(s)
Bar No.: 00788010
Durbin & Associates
2723 81st Street
Lubbock, Tx 79423
Phone: (806) 771-7500
Fax: (806) 744-4740

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | |
|---|---|
| **Eduardo Quevedo** _____ | **X  /s/ Eduardo Quevedo**          **04/30/2007** |
| **Emma Rios Quevedo** _____ | Signature of Debtor                        Date |
| Printed Name(s) of Debtor(s) | **X  /s/ Emma Rios Quevedo**        **04/30/2007** |
| Case No. (if known)  _____ | Signature of Joint Debtor (if any)        Date |

Official Form 1, Exhibit D (10/06)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

IN RE:   **Eduardo Quevedo**                                    Case No. _____
**Emma Rios Quevedo**                                                    (if known)

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below.  If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file.  If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you.  If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐  1. Within the 180 days  **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.   *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☑  2. Within the 180 days  **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.   *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.   *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request.  You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  A motion for extension must be filed within the 30-day period.  Failure to fulfill these requirements may result in dismissal of your case.  If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

Official Form 1, Exhibit D (10/06)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

IN RE:  **Eduardo Quevedo**                                      Case No. _____
        **Emma Rios Quevedo**                                                    (if known)

                 Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:   *[Check the applicable statement.]  [Must be accompanied by a motion for determination by the court.]*

☐  Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

☐  Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  __**/s/ Eduardo Quevedo**_____
                       Eduardo Quevedo

Date: ____**04/30/2007**_____

Official Form 1, Exhibit D (10/06)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

IN RE:  **Eduardo Quevedo**                                    Case No. _____
         **Emma Rios Quevedo**                                                        (if known)

        Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below.  If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file.  If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you.  If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☑ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.    *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request.  You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  A motion for extension must be filed within the 30-day period.  Failure to fulfill these requirements may result in dismissal of your case.  If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

Official Form 1, Exhibit D (10/06)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

IN RE:  **Eduardo Quevedo**                                        Case No.  _____
        **Emma Rios Quevedo**                                                        (if known)

              Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement.]  [Must be accompanied by a motion for determination by the court.]*

☐  Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

☐  Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Emma Rios Quevedo**_____
                                Emma Rios Quevedo

Date:      **04/30/2007**_____

Official Form 6 - Summary (10/06)

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### LUBBOCK DIVISION

IN RE:  **Eduardo Quevedo**                                  CASE NO
        **Emma Rios Quevedo**
                                                            CHAPTER  **13**


## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $90,165.00 | | |
| B - Personal Property | Yes | 5 | $106,556.17 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $83,625.41 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $1,844.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 23 | | $68,443.92 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $4,772.67 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $2,122.67 |
| | TOTAL | 43 | $196,721.17 | $153,913.33 | |

Official Form 6 - Statistical Summary (10/06)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

IN RE:  **Eduardo Quevedo**
        **Emma Rios Quevedo**

CASE NO

CHAPTER   **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| TOTAL | $0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $4,772.67 |
| Average Expenses (from Schedule J, Line 18) | $2,122.67 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $3,978.14 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $11,754.41 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $1,844.00 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4.  Total from Schedule F | | $68,443.92 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $80,198.33 |

Form B6A
(10/05)

In re **Eduardo Quevedo**                    Case No. _____
     **Emma Rios Quevedo**                                    (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint Or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| House: 2406 29th St. Lubbock, Texas 79411 Legal: R90158 Cunningham Blk 1 L 28 Lubbock County Texas | Fee Simple | J | $68,247.00 | $22,463.00 |
| Timeshare Polo Towers Vacation Ownership Association 3745 Las Vegas Blvd. South Las Vegas, Nevada 89109 Suite #1618 (SURRENDER) | Fee Simple | J | $15,918.00 | $15,918.00 |
| Resthaven Cemetery Legal: Section GG Lot 226 SP A&B | Fee Simple | J | $6,000.00 | $0.00 |
| | | | **Total:** $90,165.00 | |

(Report also on Summary of Schedules)

Form B6B
(10/05)

In re  **Eduardo Quevedo**
       **Emma Rios Quevedo**

Case No. _____
                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America (Checking) Acct#2132 | J | $2,200.00 |
| | | Bank of America (Checking) Acct#9602 | J | $600.00 |
| | | Bank of America (Checking) Acct#5257 | J | $5.08 |
| | | Bank of America (Savings) Acct#9836 | J | $161.70 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Lubbock Power & Light | J | $130.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Sofa, Futon, Side Chair (2), End Tables (2), Bookcase (5), Lamp (5), Television (5), Stereo, CD Player, DVD/VHS Combo (2), VCR (2), Computer, Computer Equipment | J | $4,300.00 |
| | | Stove, Microwave, Refrigerator, Freezer, Pots & Pans, Dishes & Glassware, Flatware, China, Table & Chairs, China Cabinet (2), Microwave Cabinet | J | $2,625.00 |
| | | Bed, Dresser (2), Armoire, Chest (4), Night Stand (2), Clock (8), Lamp (2), Mirror (3) | J | $2,175.00 |
| | | Washer & Dryer | J | $400.00 |
| | | Sewing Machine & Sewing Machine Cabinet | W | $125.00 |
| | | Lawn Mower, Edger/Weed Eater, Electric Tools | H | $75.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books (400), Pictures (4), Art (2),DVDs (50), CDs (300), VHS Tapes (350) | J | $1,650.00 |
| | | Figurines (25) | W | $100.00 |

Form B6B-Cont.
(10/05)

In re **Eduardo Quevedo**
**Emma Rios Quevedo**

Case No. _____
(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Sports Cards/Memorabilia (42 in Set) | H | $500.00 |
| 6. Wearing apparel. | | Clothes | J | $300.00 |
| 7. Furs and jewelry. | | Wedding Rings (2), Rings (20), Watches (10) | J | $1,100.00 |
| | | Necklaces/Bracelets (20), Earrings (20) | W | $350.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Pentax Camera, Digital Cameras (2), Camcorders (2) | W | $700.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | | Great American Policy #2448 | W | $61.04 |
| | | Trans America #2835 | W | $1,865.72 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | South Plains College Pension Trust | W | $1,861.99 |
| | | Teacher Retirment System of Texas | W | $53,000.00 |
| | | TI Contribution and Savings Plan | H | $10.59 |

Form B6B-Cont.
(10/05)

In re **Eduardo Quevedo**                                    Case No. _____
**Emma Rios Quevedo**                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Banc of America Investment Services, Inc. Acct#9785 (His) | H | $0.05 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Walmart Stocks | W | $10.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Form B6B-Cont.
(10/05)

In re **Eduardo Quevedo**         Case No. _____
       **Emma Rios Quevedo**                                     (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2001 Ford Focus (Pay Direct by his Brother-Jesus Carlos Quevedo) | J | $4,475.00 |
| | | 2006 Ford Escape | J | $14,900.00 |
| | | 2005 Ford Ranger | J | $12,675.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

Form B6B-Cont.
(10/05)

In re **Eduardo Quevedo**                          Case No. _____
     **Emma Rios Quevedo**                                   (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Dog, Cats (4) | J | $200.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |
| (Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)     **Total  >** | | | | **$106,556.17** |

Form B6C
(04/07)

In re **Eduardo Quevedo**
    **Emma Rios Quevedo**

Case No. _____
                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| House: 2406 29th St. Lubbock, Texas 79411 Legal: R90158 Cunningham Blk 1 L 28 Lubbock County Texas | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $45,784.00 | $68,247.00 |
| Resthaven Cemetery Legal: Section GG Lot 226 SP A&B | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $6,000.00 | $6,000.00 |
| Sofa, Futon, Side Chair (2), End Tables (2), Bookcase (5), Lamp (5), Television (5), Stereo, CD Player, DVD/VHS Combo (2), VCR (2), Computer, Computer Equipment | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $4,300.00 | $4,300.00 |
| Stove, Microwave, Refrigerator, Freezer, Pots & Pans, Dishes & Glassware, Flatware, China, Table & Chairs, China Cabinet (2), Microwave Cabinet | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $2,625.00 | $2,625.00 |
| Bed, Dresser (2), Armoire, Chest (4), Night Stand (2), Clock (8), Lamp (2), Mirror (3) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $2,175.00 | $2,175.00 |
| Washer & Dryer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $400.00 | $400.00 |
| Sewing Machine & Sewing Machine Cabinet | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $125.00 | $125.00 |
| Lawn Mower, Edger/Weed Eater, Electric Tools | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $75.00 | $75.00 |
| | | **$61,484.00** | **$83,947.00** |

Form B6C-Cont.
(04/07)

In re **Eduardo Quevedo**                                    Case No. _____
     **Emma Rios Quevedo**                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Books (400), Pictures (4), Art (2),DVDs (50), CDs (300), VHS Tapes (350) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $1,650.00 | $1,650.00 |
| Figurines (25) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| Sports Cards/Memorabilia (42 in Set) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $500.00 | $500.00 |
| Clothes | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $300.00 | $300.00 |
| Wedding Rings (2), Rings (20), Watches (10) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $1,100.00 | $1,100.00 |
| Necklaces/Bracelets (20), Earrings (20) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $350.00 | $350.00 |
| Pentax Camera, Digital Cameras (2), Camcorders (2) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(8) | $700.00 | $700.00 |
| Great American Policy #2448 | Tex. Ins. Code § 1108.051 | $61.04 | $61.04 |
| Trans America #2835 | Tex. Ins. Code § 1108.051 | $1,865.72 | $1,865.72 |
| South Plains College Pension Trust | Tex. Gov't. Code § 831.004 | $1,861.99 | $1,861.99 |
| Teacher Retirment System of Texas | Tex. Gov't. Code § 831.004 | $53,000.00 | $53,000.00 |
| TI Contribution and Savings Plan | Tex. Gov't. Code § 831.004 | $10.59 | $10.59 |
| Banc of America Investment Services, Inc. Acct# 9785 (His) | Tex. Gov't. Code § 831.004 | $0.05 | $0.05 |
| 2001 Ford Focus (Pay Direct by his Brother-Jesus Carlos Quevedo) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $577.00 | $4,475.00 |
| | | $123,560.39 | $149,921.39 |

Form B6C-Cont.
(04/07)

In re  **Eduardo Quevedo**                                          Case No. _____
       **Emma Rios Quevedo**                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 2006 Ford Escape | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $0.00 | $14,900.00 |
| 2005 Ford Ranger | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $0.00 | $12,675.00 |
| Dog, Cats (4) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(11) | $200.00 | $200.00 |
| | | $123,760.39 | $177,696.39 |

Official Form 6D (10/06)

In re **Eduardo Quevedo**                                      Case No. _____
**Emma Rios Quevedo**                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx3797**<br><br>**Ford Motor Credit**<br>**PO Box 537901**<br>**Livonia MI 48153 7901** | | W | DATE INCURRED:    **07/01/2005**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2006 Ford Escape**<br>REMARKS:<br>**910 Claim**<br><br><br>VALUE:                          **$14,900.00** | | | | $21,435.38 | $6,535.38 |
| ACCT #: **xxxx7153**<br><br>**Ford Motor Credit**<br>**PO Box 537901**<br>**Livonia MI 48153 7901** | | J | DATE INCURRED:    **07/01/2005**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2005 Ford Ranger**<br>REMARKS:<br>**910 Claim**<br><br><br>VALUE:                          **$12,675.00** | | | | $16,834.03 | $4,159.03 |
| ACCT #: **xxxx0093**<br><br>**Ford Motor Credit**<br>**PO Box 537901**<br>**Livonia MI 48153 7901** | X | W | DATE INCURRED:    **10/01/2002**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2001 Ford Focus**<br>REMARKS:<br>**Co-signed with his brother Jesus Quevedo; Co-signer will pay directly**<br><br>VALUE:                          **$4,475.00** | | | | $3,898.00 | |
| ACCT #: **xxxxxxxxxx8565**<br><br>**Lacks Stores Inc**<br>**Nicole Jimenez**<br>**2391 NE Loop 410 Ste 201**<br>**San Antonio TX  78217** | | J | DATE INCURRED:    **12/01/2005**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**Bedroom Furniture & Stove**<br>REMARKS:<br>**910 Claim**<br><br><br>VALUE:                          **$1,517.00** | | | | $1,517.00 | |
| | | | Subtotal (Total of this Page) > | | | | **$43,684.41** | **$10,694.41** |
| | | | Total (Use only on last page) > | | | | | |

_____1_____continuation sheets attached

(Report also on Summary of Schedules)          (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

Official Form 6D (10/06) - Cont.

In re **Eduardo Quevedo**                                    Case No. _____
    **Emma Rios Quevedo**                                                (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxx6976<br><br>Lacks Stores Inc<br>Nicole Jimenez<br>2391 NE Loop 410 Ste 201<br>San Antonio TX 78217 | | J | DATE INCURRED: **12/01/2004**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**TV**<br>REMARKS:<br><br>VALUE: **$500.00** | | | | $1,113.00 | $613.00 |
| ACCT #: xxxx5442<br><br>Noble Finance<br>2806 Ave Q Ste B<br>Lubbock, Texas 79411-2458 | | H | DATE INCURRED: **07/21/2006**<br>NATURE OF LIEN:<br>**Non-Purchase Money**<br>COLLATERAL:<br>**RCA VCR, Gateway Computer, Epson Printe**<br>REMARKS:<br>**Avoid & Exempt Lien**<br><br>VALUE: **$0.00** | | | | $447.00 | $447.00 |
| ACCT #: xxxxxx0280<br><br>Polo Towers Vacation Ownership<br>P.O. Box 79063<br>Phoenix, AZ 85062 | | J | DATE INCURRED: **1-94**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**Timeshare: Suite 1618**<br>REMARKS:<br>**SURRENDER**<br><br>VALUE: **$15,918.00** | | | | $15,918.00 | |
| ACCT #: xxxxxxxx8293<br><br>Wells Fargo Home Mortgage<br>PO Box 14547<br>Des Moines IA 50306-3547 | | J | DATE INCURRED: **12/01/1998**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**House:2406 29th Street Lubbock TX 79411**<br>REMARKS:<br>**Arrearage $6104.00**<br>**$513.08 Per Month will increase to**<br>**$523.06 beginning 7/07**<br>**Taxes & Insurance Included**<br>VALUE: **$68,247.00** | | | | $22,463.00 | |

Sheet no. ___1___ of ___1___ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this Page) > | **$39,941.00** | **$1,060.00** |
| Total (Use only on last page) > | **$83,625.41** | **$11,754.41** |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Official Form 6E (04/07)

In re **Eduardo Quevedo**                                   Case No. _____
    **Emma Rios Quevedo**                                                  (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☑ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. Secs. 326, 328, 329 and 330.

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**2**_____continuation sheets attached

Official Form 6E (04/07) - Cont.

In re **Eduardo Quevedo**                                      Case No. _____
**Emma Rios Quevedo**                                                    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**IRS Special Procedures<br>55 North Robinson Street<br>Mail Stop 5024<br>Oklahoma City OK 73102** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only | Notice Only | Notice Only |
| ACCT #:<br>**United States Trustee<br>Mr William Neary<br>1100 Commerce Rm 976<br>Dallas TX 75242-1496** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only | Notice Only | Notice Only |
| ACCT #:<br>**US Attorney<br>Rm C 201 Federal Bldg<br>1205 Texas Avenue<br>Lubbock TX 79401** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only | Notice Only | Notice Only |
| ACCT #:<br>**US Attorney General<br>US Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only | Notice Only | Notice Only |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____**1**____ of ____**2**____ continuation sheets                Subtotals (Totals of this page) >  | $0.00 | $0.00 | $0.00 |
attached to Schedule of Creditors Holding Priority Claims

|  | Total > | |
|---|---|---|

**(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)**

|  | Totals > | |
|---|---|---|

**(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)**

Official Form 6E (04/07) - Cont.

In re **Eduardo Quevedo**                                        Case No. _____
    **Emma Rios Quevedo**                                                    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Durbin & Associates**<br>**2723 81st Street**<br>**Lubbock, Texas 79423** | | J | DATE INCURRED: **04/25/2007**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $1,844.00 | $1,844.00 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ___**2**___ of ___**2**___ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | $1,844.00 | $1,844.00 | $0.00 |

Total >   $1,844.00
**(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)**

Totals >          $1,844.00     $0.00
**(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)**

Official Form 6F (10/06)

In re **Eduardo Quevedo**
      **Emma Rios Quevedo**

Case No. _____
                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxxxxx7000**<br>**AA/CBSD**<br>**PO Box 9714**<br>**Gray TN 37615** | | J | DATE INCURRED:    **01/01/2001**<br>CONSIDERATION:<br>**Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $610.00 |
| | | | **Charged-off account in 08/2003** | | | | |
| ACCT #:  **xxxxxxx3788**<br>**Applied Card Systems**<br>**PO Box 310731**<br>**Boca Raton, FL 33431** | | J | DATE INCURRED:    **05/01/2001**<br>CONSIDERATION:<br>**Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $1,276.00 |
| | | | **Charged-off account in 03/2005** | | | | |
| ACCT #:  **xxxx7931**<br>**Arrow Financial Service**<br>**5996 West Touhy Ave**<br>**Niles IL 60714-4610** | | J | DATE INCURRED:    **10/01/2005**<br>CONSIDERATION:<br>**Assignee or other notification for:**<br>REMARKS:<br>**First Premier** | | | | $0.00 |
| ACCT #:  **xxxx9770**<br>**Arrow Financial Service**<br>**5996 West Touhy Ave**<br>**Niles IL 60714-4610** | | J | DATE INCURRED:    **10/01/2005**<br>CONSIDERATION:<br>**Assignee or other notification for:**<br>REMARKS:<br>**First Premier** | | | | $0.00 |
| | | | | | | Subtotal > | $1,886.00 |
| | | | | | | Total > (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

_____**22**_____continuation sheets attached

Official Form 6F (10/06) - Cont.

In re    **Eduardo Quevedo**                                    Case No. _____
**Emma Rios Quevedo**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx1550<br>**Arrow Financial Service**<br>**5996 West Touhy Ave**<br>**Niles IL 60714-4610** | | J | DATE INCURRED:  **08/01/2005**<br>CONSIDERATION:<br>**Assignee or other notification for:**<br>REMARKS:<br>**First Premier** | | | | $0.00 |
| ACCT #:  xxxx9977<br>**Arrow Financial Service**<br>**5996 West Touhy Ave**<br>**Niles IL 60714-4610** | | J | DATE INCURRED:  **08/01/2005**<br>CONSIDERATION:<br>**Assignee or other notification for:**<br>REMARKS:<br>**First Premier** | | | | $0.00 |
| ACCT #:  xxxx1768<br>**Arrow Financial Service**<br>**5996 West Touhy Ave**<br>**Niles IL 60714-4610** | | J | DATE INCURRED:  **08/01/2005**<br>CONSIDERATION:<br>**Assignee or other notification for:**<br>REMARKS:<br>**First Premier** | | | | $0.00 |
| ACCT #:  xxxx8028<br>**Asset Acceptance Corp.**<br>**PO Box 2036**<br>**Warren, MI  48090** | | J | DATE INCURRED:  **06/01/2004**<br>CONSIDERATION:<br>**Assignee or other notification for:**<br>REMARKS:<br>**Providian Bank/Washington Mutual** | | | | $0.00 |
| ACCT #:  xxxx7680<br>**Asset Acceptance Corp.**<br>**PO Box 2036**<br>**Warren, MI  48090** | | J | DATE INCURRED:  **08/01/2004**<br>CONSIDERATION:<br>**Assignee or other notification for:**<br>REMARKS:<br>**Providian Bank/Washington Mutual** | | | | $0.00 |
| ACCT #:  xxxx1595<br>**Asset Acceptance Corp.**<br>**PO Box 2036**<br>**Warren, MI  48090** | | J | DATE INCURRED:  **02/01/2007**<br>CONSIDERATION:<br>**Assignee or other notification for:**<br>REMARKS:<br>**Capital One** | | | | $0.00 |

Sheet no. ___**1**___ of ___**22**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**    $0.00

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

Official Form 6F (10/06) - Cont.

In re  **Eduardo Quevedo**                                  Case No. _____
    **Emma Rios Quevedo**                                              (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xxxx-xxxx-1698**<br>**Bank of America**<br>**PO Box 15026**<br>**Wilmington, DE 19850-5026** | | H | DATE INCURRED: **01/01/2001**<br>CONSIDERATION:<br>**Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $431.00 |
| ACCT #:  **xxxxxxxxxxxx6307**<br>**Bedford Fair**<br>**PO Box 370**<br>**Milford OH 45150** | | H | DATE INCURRED: **02/01/2002**<br>CONSIDERATION:<br>**Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $202.00 |
| ACCT #:  **xxxxxx7002**<br>**Bloomingdales Premier Plus**<br>**PO Box 979030**<br>**Miami FL 33197** | | W | DATE INCURRED: **08/2001**<br>CONSIDERATION:<br>**Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $20.00 |
| ACCT #:  **xxxx5089**<br>**Brylane Home/WFNNB**<br>**PO Box 182782**<br>**Columbus OH 43218-2782** | | J | DATE INCURRED: **01/01/2001**<br>CONSIDERATION:<br>**Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $571.00 |
| ACCT #:  **xxxxxxxx9587**<br>**Capital One**<br>**PO Box 30285**<br>**SLC UT 84130-0285** | | J | DATE INCURRED: **09/01/1998**<br>CONSIDERATION:<br>**Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $3,475.00 |
| | | | **Charged-off account in 11/2006** | | | | |

Sheet no. ___**2**___ of ___**22**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                              **Subtotal >**    **$4,699.00**

                                              **Total >**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

Official Form 6F (10/06) - Cont.

In re  **Eduardo Quevedo**
**Emma Rios Quevedo**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xxxx-xxxx-8113**<br><br>**Capital One**<br>**PO Box 30285**<br>**SLC UT 84130-0285** | | W | DATE INCURRED:  **12/01/2000**<br>CONSIDERATION:  **Credit Service**<br>REMARKS:  **Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $1,775.00 |
| | | | **Charged-off account in 08/2006** | | | | |
| ACCT #:  **xxxxxxxx1666**<br><br>**Capital One**<br>**PO Box 30285**<br>**SLC UT 84130-0285** | | J | DATE INCURRED:  **11/01/2000**<br>CONSIDERATION:  **Credit Service**<br>REMARKS:  **Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $1,641.00 |
| | | | **Charged-off account in 05/2005** | | | | |
| ACCT #:  **xxxxxxxx5127**<br><br>**Capital One**<br>**PO Box 30285**<br>**SLC UT 84130-0285** | | J | DATE INCURRED:  **01/01/2001**<br>CONSIDERATION:  **Credit Service**<br>REMARKS:  **Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $1,360.00 |
| | | | **Charged-off account in 05/2005** | | | | |

Sheet no. ___**3**___ of ___**22**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $4,776.00

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

Official Form 6F (10/06) - Cont.

In re   **Eduardo Quevedo**                                          Case No. _____
        **Emma Rios Quevedo**                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxx8028<br>**Capital One**<br>**PO Box 30285**<br>**SLC UT 84130-0285** | | J | DATE INCURRED:  **09/01/2000**<br>CONSIDERATION:  **Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $1,327.00 |
| | | | **Charged-off account in 05/2005** | | | | |
| ACCT #:  xxxx-xxxx-xxxx-5705<br>**Capital One**<br>**PO Box 30285**<br>**SLC UT 84130-0285** | | W | DATE INCURRED:  **02/01/2000**<br>CONSIDERATION:  **Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $1,243.00 |
| ACCT #:  xxxxxxxx5731<br>**Capital One**<br>**PO Box 30285**<br>**SLC UT 84130-0285** | | J | DATE INCURRED:  **10/01/2002**<br>CONSIDERATION:  **Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $881.00 |
| | | | **Charged-off account in 11/2003** | | | | |
| ACCT #:  xxxx-xxxx-xxxx-8723<br>**Capital One**<br>**PO Box 30285**<br>**SLC UT 84130-0285** | | W | DATE INCURRED:  **03/01/2002**<br>CONSIDERATION:  **Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $659.00 |

Sheet no. ___**4**___ of ___**22**___ continuation sheets attached to                                    **Subtotal >**   $4,110.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                                **Total >**
                                                              **(Use only on last page of the completed Schedule F.)**
                                                      **(Report also on Summary of Schedules and, if applicable, on the
                                                        Statistical Summary of Certain Liabilities and Related Data.)**

Official Form 6F (10/06) - Cont.

In re **Eduardo Quevedo**
    **Emma Rios Quevedo**

Case No. _____
                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx-xxxx-xxxx-9547<br>**Capital One**<br>**PO Box 30285**<br>**SLC UT 84130-0285** | | W | DATE INCURRED: **11/01/2000**<br>CONSIDERATION: **Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $257.00 |
| ACCT #:  xxxx-xxxx-xxxx-6453<br>**Capital One**<br>**PO Box 30285**<br>**SLC UT 84130-0285** | | W | DATE INCURRED: **07/01/2001**<br>CONSIDERATION: **Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $223.00 |
| ACCT #:  xxxxxxx8203<br>**Capital One**<br>**PO Box 30285**<br>**SLC UT 84130-0285** | | J | DATE INCURRED: **07/01/1999**<br>CONSIDERATION: **Credit Service**<br>REMARKS:<br>**Charged-off account in 05/2005; Balance at charge-off unavailable.** | | | | $0.00 |
| ACCT #:  xxxxxxx3601<br>**Capitol Loans/Retail**<br>**4136 34th St**<br>**Lubbock, TX 79410-2640** | | W | DATE INCURRED: **04/01/2006**<br>CONSIDERATION: **Signature Loan**<br>REMARKS: | | | | $316.00 |
| ACCT #:  x8936<br>**Central Finance**<br>**2310 Ave Q**<br>**Lubbock TX  79401** | | H | DATE INCURRED: **06/01/2006**<br>CONSIDERATION: **Signature Loan**<br>REMARKS: | | | | $170.00 |
| ACCT #:  xxxx-xxxx-xxxx-3600<br>**Chase Cardmember Services**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** | | H | DATE INCURRED: **08/01/2005**<br>CONSIDERATION: **Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $4,254.00 |

Sheet no. ____5____ of ____22____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $5,220.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re   **Eduardo Quevedo**                                    Case No. _____
        **Emma Rios Quevedo**                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:   xxxx-xxxx-xxxx-5870<br>**Chase Cardmember Services**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** | | J | DATE INCURRED:   **07/01/1990**<br>CONSIDERATION:<br>**Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $1,698.00 |
| ACCT #:   xxxx-xxxx-xxxx-8542<br>**Chase Cardmember Services**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** | | H | DATE INCURRED:   **06/01/2005**<br>CONSIDERATION:<br>**Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $980.00 |
| ACCT #:   xxxxxx9205<br>**Chevron**<br>**2001 Diamond Blvd**<br>**PO Box 5010 Sect 230 Rm 180**<br>**Concord CA 94524 0010** | | H | DATE INCURRED:   **02/01/2001**<br>CONSIDERATION:<br>**Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $20.00 |
| ACCT #:   xxxxx4116<br>**Citgo/CBSD**<br>**PO Box 6003**<br>**Hagerstown MD 21747** | | H | DATE INCURRED:   **06/01/2002**<br>CONSIDERATION:<br>**Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $455.00 |
| ACCT #:   xxxxx7820<br>**Citgo/CBSD**<br>**PO Box 6003**<br>**Hagerstown MD 21747** | | J | DATE INCURRED:   **03/01/1991**<br>CONSIDERATION:<br>**Credit Service**<br>REMARKS:<br>**Settled Less than full balance; Listed as a charged-off account on credit bureau report.** | | | X | $0.00 |
| ACCT #:   xxxx-xxxx-xxxx-8544<br>**CMS/Cardworks**<br>**101 Woodbury Park West**<br>**Woodbury NY 11803** | | W | DATE INCURRED:   **07/01/2001**<br>CONSIDERATION:<br>**Assignee or other notification for:**<br>REMARKS:<br>**Providian** | | | | $0.00 |

Sheet no. ___**6**___ of ___**22**___ continuation sheets attached to                                    Subtotal >   $3,153.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

Official Form 6F (10/06) - Cont.

In re **Eduardo Quevedo**
  **Emma Rios Quevedo**

Case No. _____
                    (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xx Name** <br> **Codilis & Stawiarski, P.C.** <br> **650 N Sam Houston PkwaySte 450** <br> **Houston, Texas 77060** | | J | DATE INCURRED: <br> CONSIDERATION: <br> **Attorney for -Wells Fargo Mortgage** <br> REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxxxx6194** <br> **Collectech Diversified** <br> **PO Box 12027** <br> **Lubbock TX 79452** | | J | DATE INCURRED:  **06/01/2006** <br> CONSIDERATION: <br> **Assignee or other notification for:** <br> REMARKS: <br> **CMG Anesthesia; Paid off account; Listed as a charged-off account on credit bureau report.** | | | X | **$0.00** |
| ACCT #:  **xxxxx0109** <br> **Covenant Health System** <br> **PO Box 1201** <br> **Lubbock TX  79408** | | W | DATE INCURRED:  **10/2005** <br> CONSIDERATION: <br> **Medical** <br> REMARKS: | | | | **$336.00** |
| ACCT #:  **xxx6993** <br> **Covenant Medical Group** <br> **3508 22nd Place** <br> **Lubbock TX  79410** | | W | DATE INCURRED:  **10/2005** <br> CONSIDERATION: <br> **Medical** <br> REMARKS: | | | | **$69.30** |
| ACCT #:  **xxx1624** <br> **Datasearch Inc** <br> **PO Box 461289** <br> **San Antonio TX  78246-1289** | | J | DATE INCURRED:  **12/01/2004** <br> CONSIDERATION: <br> **Assignee or other notification for:** <br> REMARKS: <br> **UMC** | | | | **$0.00** |
| ACCT #:  **xx Name** <br> **Deborah J Penner PC** <br> **PO Box 65166** <br> **Lubbock TX 79464** | | J | DATE INCURRED: <br> CONSIDERATION: <br> **Attorney for - Lack's** <br> REMARKS: | | | | **Notice Only** |

Sheet no. ___**7**___ of ___**22**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$405.30**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Eduardo Quevedo**                                    Case No. _____
     **Emma Rios Quevedo**                                              (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**EQUIFAX**<br>**PO BOX 105873**<br>**ATLANTA GA 30348** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**EXPERIAN**<br>**PO BOX 2002**<br>**ALLEN TX 75013** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxxx0259**<br>**ExxonMobile**<br>**PO Box 688940**<br>**Des Moines IA 50368** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | **$20.00** |
| ACCT #:<br>**Family Life Credit Services**<br>**2345 MeadowRidge Parkway**<br>**PO Box 720**<br>**West Fargo ND 58078-9557** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-0592**<br>**FCNB Master Trust**<br>**1620 Dodge Street**<br>**Omaha NE 68102** | | J | DATE INCURRED:    **08/01/1999**<br>CONSIDERATION:<br>**Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | **$2,199.00** |
| | | | **Charged-off account in 11/2004** | | | | |

Sheet no. ___**8**___ of ___**22**___ continuation sheets attached to                                    **Subtotal >** | **$2,219.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

Official Form 6F (10/06) - Cont.

In re **Eduardo Quevedo**                                      Case No. _____
     **Emma Rios Quevedo**                                                        (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx-xxxx-xxxx-3847<br>**FCNB Master Trust**<br>**1620 Dodge Street**<br>**Omaha NE 68102** | | J | DATE INCURRED: **08/01/1997**<br>CONSIDERATION: **Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $1,805.00 |
| | | | **Charged-off account in 12/2004** | | | | |
| ACCT #:  xxxx-xxxx-xxxx-5171<br>**First Premier**<br>**PO Box 5524**<br>**Sioux Falls SD 57117-5524** | | J | DATE INCURRED: **12/01/2000**<br>CONSIDERATION: **Credit Service**<br>REMARKS:<br>**Charged-off account in 08/2003; Balance at charge-off unavailable.** | | | | $0.00 |
| ACCT #:  xxxx-xxxx-xxxx-5954<br>**First Premier**<br>**PO Box 5524**<br>**Sioux Falls SD 57117-5524** | | J | DATE INCURRED: **01/01/2001**<br>CONSIDERATION: **Credit Service**<br>REMARKS:<br>**Charged-off account in 07/2003; Balance at charge-off unavailable.** | | | | $0.00 |
| ACCT #:  xxxx-xxxx-xxxx-2295<br>**First Premier**<br>**PO Box 5524**<br>**Sioux Falls SD 57117-5524** | | J | DATE INCURRED: **12/01/2000**<br>CONSIDERATION: **Credit Service**<br>REMARKS:<br>**Charged-off account in 08/2003; Balance at charge-off unavailable.** | | | | $0.00 |
| ACCT #:  xxxx-xxxx-xxxx-5488<br>**First Premier**<br>**PO Box 5524**<br>**Sioux Falls SD 57117-5524** | | J | DATE INCURRED: **01/01/2001**<br>CONSIDERATION: **Credit Service**<br>REMARKS:<br>**Charged-off account in 07/2003; Balance at charge-off unavailable.** | | | | $0.00 |

Sheet no. __**9**__ of __**22**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >          $1,805.00

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

Official Form 6F (10/06) - Cont.

In re   **Eduardo Quevedo**   Case No. _____
     **Emma Rios Quevedo**               (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:   **xxxx-xxxx-xxxx-2069** <br> **First Premier** <br> **PO Box 5524** <br> **Sioux Falls SD 57117-5524** | | J | DATE INCURRED:   **01/01/2001** <br> CONSIDERATION: <br> **Credit Service** <br> REMARKS: <br> **Charged-off account in 07/2003; Balance at charge-off unavailable.** | | | | **$0.00** |
| ACCT #:   **xx8789** <br> **GasCard** <br> **PO Box 3514** <br> **Midland TX 79702** | | H | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Service** <br> REMARKS: <br> **Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | **$86.00** |
| ACCT #:   **xxxxxxxxxxxx6996** <br> **GEMB/Dillards National Bank** <br> **P O Box 981430** <br> **El Paso, TX 79998-1430** | | H | DATE INCURRED:   **01/01/2001** <br> CONSIDERATION: <br> **Credit Service** <br> REMARKS: <br> **Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | **$126.00** |
| ACCT #:   **xxxxxxxxxxxx9968** <br> **GEMB/JcPenney** <br> **P.O. Box 981131** <br> **El Paso, Texas 79998** | | W | DATE INCURRED:   **01/01/1981** <br> CONSIDERATION: <br> **Credit Service** <br> REMARKS: <br> **Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | **$5,749.00** |
| | | | **Charged-off account in 03/2007** | | | | |
| ACCT #:   **xxxxxxxxxxxx/xxxxxxx0509** <br> **GEMB/Mervyn's** <br> **PO Box 981064** <br> **El Paso, TX 79998-1064** | | W | DATE INCURRED:   **08/01/1990** <br> CONSIDERATION: <br> **Credit Service** <br> REMARKS: <br> **Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | **$1,501.00** |

Sheet no. ____**10**____ of ____**22**____ continuation sheets attached to      Subtotal >    **$7,462.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                               Total >
         **(Use only on last page of the completed Schedule F.)**
         **(Report also on Summary of Schedules and, if applicable, on the**
         **Statistical Summary of Certain Liabilities and Related Data.)**

Official Form 6F (10/06) - Cont.

In re   **Eduardo Quevedo**                                      Case No. _____
        **Emma Rios Quevedo**                                                     (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxx1111<br>**GEMB/Walmart**<br>P.O. Box 981064<br>El Paso, Texas 79998 | | J | DATE INCURRED:    **04/01/2001**<br>CONSIDERATION:<br>**Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $425.00 |
| ACCT #:  xxxxxxxxx963O<br>**Ginny's**<br>1112 7th Avenue<br>Monroe, WI  53566-1364 | | W | DATE INCURRED:    **04/01/1999**<br>CONSIDERATION:<br>**Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $355.00 |
| | | | **Charged-off account in 03/2007** | | | | |
| ACCT #:  xxxxxxxxxxx0373<br>**Goodyear/CitiBank**<br>PO Box 689182<br>Des Moines IA  50368-9182 | | H | DATE INCURRED:    **01/01/2001**<br>CONSIDERATION:<br>**Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $57.00 |
| ACCT #:  xxxxxxxxx916G<br>**Grand Pointe**<br>PO Box 77009<br>Madison WI 53707-1009 | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $77.08 |
| ACCT #:  xxxx-xxxx-xxxx-1786<br>**HSBC Card Svc/Orchard Bank**<br>PO Box 80084<br>Salinas, CA  93912-0084 | | W | DATE INCURRED:    **11/01/2000**<br>CONSIDERATION:<br>**Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $1,265.00 |

Sheet no. ___**11**___ of ___**22**___ continuation sheets attached to                                    **Subtotal >**   | $2,179.08 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

Official Form 6F (10/06) - Cont.

In re  **Eduardo Quevedo**                                    Case No. _____
       **Emma Rios Quevedo**                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | **Charged-off account in 06/2006** | | | | |
| ACCT #:  **xxxx-xxxx-xxxx-7090**<br>**HSBC Card Svc/Orchard Bank**<br>**PO Box 80084**<br>**Salinas, CA  93912-0084** | | W | DATE INCURRED:  **06/01/2001**<br>CONSIDERATION:<br>**Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | **$1,008.00** |
| ACCT #:  **xxxx-xxxx-xxxx-5601**<br>**HSBC Card Svc/Orchard Bank**<br>**PO Box 80084**<br>**Salinas, CA  93912-0084** | | W | DATE INCURRED:  **11/01/2001**<br>CONSIDERATION:<br>**Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | **$847.00** |
| | | | **Charged-off account in 07/2006** | | | | |
| ACCT #:  **xxxx-xxxx-xxxx-0756**<br>**HSBC Card Svc/Orchard Bank**<br>**PO Box 80084**<br>**Salinas, CA  93912-0084** | | W | DATE INCURRED:  **10/01/2002**<br>CONSIDERATION:<br>**Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | **$553.00** |
| ACCT #:  **xxxx-xxxx-xxxx-5752**<br>**HSBC Card Svc/Orchard Bank**<br>**PO Box 80084**<br>**Salinas, CA  93912-0084** | | J | DATE INCURRED:  **04/01/2001**<br>CONSIDERATION:<br>**Credit Service**<br>REMARKS:<br>**Charged-off account in 11/2003; Balance at charge-off unavailable.** | | | | **$0.00** |

Sheet no. __**12**__ of __**22**__ continuation sheets attached to                                    Subtotal >    **$2,408.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                      Total >
                                    **(Use only on last page of the completed Schedule F.)**
                                **(Report also on Summary of Schedules and, if applicable, on the**
                                **Statistical Summary of Certain Liabilities and Related Data.)**

Official Form 6F (10/06) - Cont.

In re  **Eduardo Quevedo**  Case No. _____
**Emma Rios Quevedo**  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxx6221 **HSBC Card Svc/Orchard Bank** PO Box 80084 Salinas, CA  93912-0084 | | J | DATE INCURRED:  **05/01/2001** CONSIDERATION: **Credit Service** REMARKS: **Charged-off account; Balance at charge-off unavailable.** | | | | **$0.00** |
| ACCT #:  xxxxxxxxxxxx6575 **HSBC/Best Buy** P.O. Box 15521 Wilmington, DE  19850 | | J | DATE INCURRED:  **01/01/2001** CONSIDERATION: **Credit Service** REMARKS: **Paid off account; Listed as an account with a balance on credit bureau report.** | | | X | **$0.00** |
| ACCT #:  xxxxxx4226 **Jefferson Capital Systems** 16 McLeland Rd St Cloud MN 56303 | | J | DATE INCURRED:  **09/01/2003** CONSIDERATION: **Assignee or other notification for:** REMARKS: **Fingerhut; Paid off account, Listed as a charged-off account on credit bureau report.** | | | X | **$0.00** |
| ACCT #:  xx Name **Jesus Carlos Quevedo** 517 Cactus Levelland TX 79336 | | J | DATE INCURRED: CONSIDERATION: **Notice Only** REMARKS: **Co-signer on FMC 2005 Ford Focus** | | | | **Notice Only** |
| ACCT #:  xxxxxxxxxxxx3108 **LVNV Funding LLC** c/o Resurgent Capital Services P.O. Box 10587 Greenville, SC 29603-0587 | | J | DATE INCURRED:  **09/01/2006** CONSIDERATION: **Assignee or other notification for:** REMARKS: **Sears** | | | | **$0.00** |
| ACCT #:  xxxxxxxxxxxx6575 **LVNV Funding LLC** c/o Resurgent Capital Services P.O. Box 10587 Greenville, SC 29603-0587 | | J | DATE INCURRED:  **01/01/2004** CONSIDERATION: **Assignee or other notification for:** REMARKS: **Household/Best Buy; Paid off account; Listed as a charged-off account on credit bureau report.** | | | X | **$0.00** |

Sheet no. ___**13**___ of ___**22**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$0.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re   **Eduardo Quevedo**                           Case No. _____
        **Emma Rios Quevedo**                                        (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxx9120<br>**Macy's/Foleys<br>PO Box 8066<br>Mason OH 45040** | | H | DATE INCURRED:  **01/01/2001**<br>CONSIDERATION:<br>**Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $1,593.00 |
| ACCT #:  xxxxxxxxx7920<br>**Macy's/Foleys<br>PO Box 8066<br>Mason OH 45040** | | H | DATE INCURRED:  **01/01/2001**<br>CONSIDERATION:<br>**Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $417.00 |
| ACCT #:  xxxx-xxxx-xxxx-6862<br>**Majestic/CB&T<br>PO Box 105555<br>Atlanta GA 30348-5555** | | H | DATE INCURRED:  **01/01/2006**<br>CONSIDERATION:<br>**Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $1,170.00 |
| ACCT #:  xxxx6940<br>**Marshall Fields<br>111 Boulder Industrial Dr<br>Bridgeton, MO 63044** | | J | DATE INCURRED:  **01/01/2001**<br>CONSIDERATION:<br>**Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $47.00 |
| ACCT #:  xxxx-xxxx-xxxx-2715<br>**Merrick Bank<br>PO Box 5000<br>Draper, UT  84020-5000** | | H | DATE INCURRED:  **01/01/2005**<br>CONSIDERATION:<br>**Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $459.00 |
| ACCT #:  xxxxxx8394<br>**Midland Credit Management<br>PO Box 939019<br>San Diego CA  92123** | | J | DATE INCURRED:  **10/01/2006**<br>CONSIDERATION:<br>**Assignee or other notification for:**<br>REMARKS:<br>**FCNB/MasterTrust** | | | | $0.00 |

Sheet no. ___**14**___ of ___**22**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   $3,686.00

**Total >**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

Official Form 6F (10/06) - Cont.

In re **Eduardo Quevedo**
**Emma Rios Quevedo**

Case No. _____
(if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxx-xxxx-xxxx-3855<br>**Monterey County Bank**<br>**Bankcard Services**<br>**PO Box 4145**<br>**Beaverton OR 97076-4145** | | W | DATE INCURRED: **03/01/2006**<br>CONSIDERATION: **Credit Service**<br>REMARKS:<br>**Charged-off account in 02/2007; Balance at charge-off unavailable.** | | | | **$0.00** |
| ACCT #: xxxxxxx9003<br>**Montgomery Ward**<br>**PO Box 2843**<br>**Monroe WI 53566-0843** | | H | DATE INCURRED:<br>CONSIDERATION: **Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | **$44.00** |
| ACCT #: xxx1815<br>**NCO FIN/99**<br>**507 PRUDENTIAL RD**<br>**HORSHAM, PA 19044** | | J | DATE INCURRED: **03/01/2005**<br>CONSIDERATION: **Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: xxx5638<br>**NCO Financial Systems**<br>**507 Prudential Road**<br>**Horsham PA 19044** | | J | DATE INCURRED: **05/01/2005**<br>CONSIDERATION: **Assignee or other notification for:**<br>REMARKS:<br>**Target** | | | | **$0.00** |
| ACCT #: xxxx-xxxx-xxxx-3985<br>**Plains Commerce Bank**<br>**PO Box 88020**<br>**Sioux Falls, SD 57109** | | H | DATE INCURRED: **11/01/2005**<br>CONSIDERATION: **Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | **$1,576.00** |
| ACCT #: xxxx-xxxx-xxxx-6377<br>**Plains Commerce Bank**<br>**PO Box 88020**<br>**Sioux Falls, SD 57109** | | W | DATE INCURRED: **01/01/2007**<br>CONSIDERATION: **Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | **$260.00** |

Sheet no. __15__ of __22__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$1,880.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Eduardo Quevedo**          Case No. _____
**Emma Rios Quevedo**                              (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xx-x0280<br>**Polo Towers Las Vegas**<br>**3745 Las Vegas Blvd South**<br>**Las Vegas, Nevada 89109** | | J | DATE INCURRED:  **4-2007**<br>CONSIDERATION:<br>**Maintenance Fees**<br>REMARKS: | | | | $2,315.37 |
| ACCT #:  **xxxx-xxxx-xxxx-2332**<br>**Presidio/CM**<br>**101 Crossway Park West**<br>**Woodberry NY 11797** | | J | DATE INCURRED:  **01/01/2001**<br>CONSIDERATION:<br>**Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $2,969.00 |
| | | | **Charged-off account in 09/2003** | | | | |
| ACCT #:  **xxxx-xxxx-xxxx-8544**<br>**Providian**<br>**PO Box 9201**<br>**Old Bethpage NY 11804** | | W | DATE INCURRED:  **07/2001**<br>CONSIDERATION:<br>**Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $876.00 |
| ACCT #:  **xxxxxxxxxxxx0000**<br>**Radio Shack Credit Plan**<br>**PO Box 689182**<br>**Des Moines IA  50368** | | J | DATE INCURRED:  **01/01/2001**<br>CONSIDERATION:<br>**Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $1,749.00 |
| | | | **Charged-off account in 12/2003** | | | | |

Sheet no. ___**16**___ of ___**22**___ continuation sheets attached to          Subtotal >          $7,909.37
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Eduardo Quevedo**
**Emma Rios Quevedo**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxx6712**<br>**Retail Merchants**<br>**PO Box 2249**<br>**Lubbock TX 79408** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Assignee or other notification for:**<br>REMARKS:<br>**TTUHSC** | | | | **$0.00** |
| ACCT #:  **xxxxxxxxxxx3108**<br>**Sears/CBUSA**<br>**P.O. Box 6924**<br>**The Lakes, NV 88901-6924** | | W | DATE INCURRED:  **05/01/1979**<br>CONSIDERATION:<br>**Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | **$2,110.00** |
| | | | **Charged-off account in 11/2006** | | | | |
| ACCT #:  **xxxxxxxxx957O**<br>**Seventh Avenue**<br>**1112 7th Avenue**<br>**Monroe WI 53566** | | W | DATE INCURRED:  **12/01/1996**<br>CONSIDERATION:<br>**Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | **$1,689.00** |
| | | | **Charged-off account in 03/2007** | | | | |
| ACCT #:  **xxxxxxxxx157O**<br>**Seventh Avenue**<br>**1112 7th Avenue**<br>**Monroe WI 53566** | | J | DATE INCURRED:  **11/01/2000**<br>CONSIDERATION:<br>**Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | **$402.00** |

Sheet no. ___**17**___ of ___**22**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$4,201.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Eduardo Quevedo**                                     Case No. _____
     **Emma Rios Quevedo**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Charged-off account in 02/2006 | | | | |
| ACCT #: **xxxxx5601** **Shell Credit Texaco Citibank** **P.O. Box 689151** **Des Moines, IA 50368-9151** | | H | DATE INCURRED: **08/01/2001** CONSIDERATION: **Credit Service** REMARKS: **Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $93.00 |
| ACCT #: **xxxxxxxxxxxx9376** **Spiegel** **Box 9204** **Old Bethpage, NY 11804** | | J | DATE INCURRED: **12/01/1999** CONSIDERATION: **Credit Service** REMARKS: **Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $2,494.00 |
| | | | Charged-off account in 12/2003 | | | | |
| ACCT #: **x2234** **Sun Loan** **2108 50th Street** **Lubbock TX 79401** | | W | DATE INCURRED: **09/01/2006** CONSIDERATION: **Signature Loan** REMARKS: | | | | $464.00 |
| ACCT #: **x2244** **Sun Loans** **2245 19th Street** **Lubbock TX 79401** | | H | DATE INCURRED: **09/01/2006** CONSIDERATION: **Signature Loan** REMARKS: | | | | $340.00 |

Sheet no. ___**18**___ of ___**22**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $3,391.00

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

Official Form 6F (10/06) - Cont.

In re **Eduardo Quevedo**      Case No. _____
      **Emma Rios Quevedo**                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxx984A**<br>**Swiss Colony**<br>**1112 7th Ave**<br>**Monroe WI 53566-1364** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $282.00 |
| ACCT #:  **xxxxx8166**<br>**Target National Bank**<br>**c/o Target Credit Services**<br>**PO Box 1581**<br>**Minneapolis MN 55440-1581** | | W | DATE INCURRED:  **12/01/2000**<br>CONSIDERATION:<br>**Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $134.00 |
| ACCT #:<br>**TRANS UNION**<br>**2 BALDWIN PLACE**<br>**PO BOX 1000**<br>**CHESTER PA 19022** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxx/xxx5674**<br>**TTUHSC**<br>**PO Box 5865**<br>**Lubbock TX 79408-5865** | | J | DATE INCURRED:  **08/2006**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $1,034.17 |
| ACCT #:  **xx4753**<br>**UMC**<br>**PO Box 2898**<br>**Lubbock Texas 79408** | | J | DATE INCURRED:  **2003**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $358.00 |
| ACCT #:  **xxxxxx2540**<br>**US Dept of Housing**<br>**52 Corporate Circle**<br>**Albany, NY 12203** | | J | DATE INCURRED:  **10/01/1985**<br>CONSIDERATION:<br>**Deficiency on a Mobile Home**<br>REMARKS:<br>**Charged-off account in 07/2004; Balance at charge-off unavailable.** | | | | $0.00 |

Sheet no. ___**19**___ of ___**22**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                        **Subtotal >**      $1,808.17

                                             **Total >**
          **(Use only on last page of the completed Schedule F.)**
          **(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

Official Form 6F (10/06) - Cont.

In re   **Eduardo Quevedo**                  Case No. _____
       **Emma Rios Quevedo**                                       (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx3830**<br>**Valero/Diamond Shamrock**<br>**PO Box 631**<br>**Amarillo TX 79105** | | H | DATE INCURRED: **11/2001**<br>CONSIDERATION: **Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | **$61.00** |
| ACCT #: **xxxxx9961**<br>**Washington Mutual/Providian**<br>**PO Box 660509**<br>**Dallas TX 75266-0509** | | J | DATE INCURRED: **10/01/1995**<br>CONSIDERATION: **Credit Service**<br>REMARKS:<br>**Charged-off account in 09/2003; Balance at charge-off unavailable.** | | | | **$0.00** |
| ACCT #: **xxxxx7427**<br>**Washington Mutual/Providian**<br>**PO Box 660509**<br>**Dallas TX 75266-0509** | | J | DATE INCURRED: **01/01/2001**<br>CONSIDERATION: **Credit Service**<br>REMARKS:<br>**Charged-off account in 09/2003; Balance at charge-off unavailable.** | | | | **$0.00** |
| ACCT #: **xxxxx9811**<br>**WFNNB/Avenue**<br>**PO Box 2974**<br>**Shawnee Mission KS 66201-1374** | | J | DATE INCURRED: **05/01/1991**<br>CONSIDERATION: **Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | **$664.00** |
| ACCT #: **xxxxxxxxxxxx0872**<br>**WFNNB/Bealls**<br>**PO Box 64**<br>**Jacksonville TX 75766-0054** | | J | DATE INCURRED: **09/01/1982**<br>CONSIDERATION: **Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | **$381.00** |
| ACCT #: **xxxxxxxxxxxx6433**<br>**WFNNB/Blair Catalog**<br>**PO Box 29239**<br>**Shawnee Mission KS 66201** | | J | DATE INCURRED: **08/01/1995**<br>CONSIDERATION: **Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | **$604.00** |

Sheet no. \_\_\_**20**\_\_\_ of \_\_\_**22**\_\_\_ continuation sheets attached to              **Subtotal >**      **$1,710.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                **Total >**
          **(Use only on last page of the completed Schedule F.)**
          **(Report also on Summary of Schedules and, if applicable, on the**
          **Statistical Summary of Certain Liabilities and Related Data.)**

Official Form 6F (10/06) - Cont.

In re  **Eduardo Quevedo**                                    Case No. _____
      **Emma Rios Quevedo**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxx2666<br>**WFNNB/Blair Catalog**<br>**PO Box 29239**<br>**Shawnee Mission KS 66201** | | H | DATE INCURRED: **09/01/2003**<br>CONSIDERATION: **Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $175.00 |
| ACCT #:  xxxxx7203<br>**WFNNB/Jessica London**<br>**PO Box 182125**<br>**Columbus OH 43218-2125** | | W | DATE INCURRED: **12/01/2004**<br>CONSIDERATION: **Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $272.00 |
| ACCT #:  xxxx8758<br>**WFNNB/King Sizes**<br>**4590 E Broad Street**<br>**Columbus, OH 43213** | | J | DATE INCURRED: **04/01/2001**<br>CONSIDERATION: **Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $469.00 |
| | | | **Charged-off account in 03/2005** | | | | |
| ACCT #:  xxxxxxxxxxxxx8173<br>**WFNNB/Lane Bryant**<br>**PO Box 182125**<br>**Columbus OH 43218-2125** | | W | DATE INCURRED: **09/01/1985**<br>CONSIDERATION: **Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $969.00 |
| ACCT #:  xxxxx3005<br>**WFNNB/Metro Style/Lerner**<br>**PO Box 182125**<br>**Columbus OH 43218-2125** | | W | DATE INCURRED: **08/01/1990**<br>CONSIDERATION: **Credit Service**<br>REMARKS:<br>**Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $705.00 |

Sheet no. ___21___ of ___22___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                 **Subtotal >**   | $2,590.00 |

                                                                                 **Total >**
                                          **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

Official Form 6F (10/06) - Cont.

In re  **Eduardo Quevedo**                                  Case No. _____
       **Emma Rios Quevedo**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxx2561**<br>**WFNNB/Roamans**<br>**PO Box 182125**<br>**Columbus OH 43218-2125** | | J | DATE INCURRED: CONSIDERATION: **03/01/1988** **Credit Service** REMARKS: **Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $677.00 |
| ACCT #:  **xxxxx7458**<br>**WFNNB/Victorias Secret**<br>**PO Box 182125**<br>**Columbus OH 43218-2125** | | W | DATE INCURRED: CONSIDERATION: **12/01/2000** **Credit Service** REMARKS: **Disputed as to the amount of late fees, overlimit fees, interest fees, late charges or any other additional fees or charges** | | | | $269.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ___**22**___ of ___**22**___ continuation sheets attached to                              Subtotal >  | $946.00 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    Total >  | $68,443.92 |
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

Form B6G
(10/05)

In re  **Eduardo Quevedo**                                              Case No. _____
       **Emma Rios Quevedo**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed.
R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Any Creditor With Arbitration** Clause Provisions | Debtor specifically rejects any contractual provisions relating to claim arbitration for any debts as indicated in the schedules attached hereto and incorporated herein by reference<br>Contract to be ASSUMED |

Form B6H
(10/05)

In re  **Eduardo Quevedo**                                      Case No. _____
       **Emma Rios Quevedo**                                              (if known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jesus Carlos Quevedo**<br>517 Cactus<br>Levelland, Texas 79336 | **Ford Motor Credit**<br>PO Box 537901<br>Livonia MI 48153 7901 |

Official Form 6I (10/06)

In re **Eduardo Quevedo**
　　　**Emma Rios Quevedo**

Case No. _____
　　　　　　　 (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship: | Age: | Relationship: | Age: |

| Employment | Debtor | Spouse (# of additional employers: 1) |
|---|---|---|
| Occupation | Disabled | Professor |
| Name of Employer | | South Plains College |
| How Long Employed | | 6 Years |
| Address of Employer | | 1401 S. College Ave |
| | | Levelland, Texas 79336 |

**INCOME:  (Estimate of average or projected monthly income at time case filed)**

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0.00 | $4,304.08 |
| 2. | Estimate monthly overtime | $0.00 | $0.00 |
| 3. | SUBTOTAL | **$0.00** | **$4,304.08** |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | $570.00 |
| | b. Social Security Tax | $0.00 | $0.00 |
| | c. Medicare | $0.00 | $0.00 |
| | d. Insurance | $0.00 | $32.39 |
| | e. Union dues | $0.00 | $0.00 |
| | f. Retirement _____ / Mandatory | $0.00 | $113.25 |
| | g. Other (Specify) _____ / Co Stk Cont | $0.00 | $0.75 |
| | h. Other (Specify) _____ / Stock Purch | $0.00 | $5.00 |
| | i. Other (Specify) _____ | $0.00 | $0.00 |
| | j. Other (Specify) _____ | $0.00 | $0.00 |
| | k. Other (Specify) _____ | $0.00 | $0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | **$0.00** | **$721.39** |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | **$0.00** | **$3,582.69** |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8. | Income from real property | $0.00 | $0.00 |
| 9. | Interest and dividends | $0.00 | $0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. | Social security or government assistance (Specify):
    Disability | $937.00 | $0.00 |
| 12. | Pension or retirement income | $0.00 | $0.00 |
| 13. | Other monthly income (Specify): | | |
| | a. TI Disability | $252.98 | $0.00 |
| | b. _____ | $0.00 | $0.00 |
| | c. _____ | $0.00 | $0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | **$1,189.98** | **$0.00** |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$1,189.98** | **$3,582.69** |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | **$4,772.67** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

Official Form 6I (10/06)

In re **Eduardo Quevedo**                                    Case No. _____
    **Emma Rios Quevedo**                                                (if known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
*Continuation Sheet No. 1*

**Additional Employment**

| Employment | Debtor | Spouse |
|---|---|---|
| Occupation<br>Name of Employer<br>How Long Employed<br>Address of Employer | | Restocker<br>Walmart<br>3 Months<br>702 SW 8th St.<br>Bentonville, AR 72716 |
| **Employment** | **Debtor** | **Spouse** |
| Occupation<br>Name of Employer<br>How Long Employed<br>Address of Employer | | |

Official Form 6J (10/06)

IN RE:  **Eduardo Quevedo**
        **Emma Rios Quevedo**

CASE NO

CHAPTER   **13**

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home)<br>  a. Are real estate taxes included?  ☑ Yes   ☐ No<br>  b. Is property insurance included?  ☑ Yes   ☐ No | |
| 2. Utilities:  a. Electricity and heating fuel | $263.12 |
|           b. Water and sewer | |
|           c. Telephone | $64.00 |
|           d. Other:  Cable | $53.00 |
| 3. Home maintenance (repairs and upkeep) | $50.00 |
| 4. Food | $475.00 |
| 5. Clothing | $100.00 |
| 6. Laundry and dry cleaning | $50.00 |
| 7. Medical and dental expenses | $120.00 |
| 8. Transportation (not including car payments) | $350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments)<br>           a. Homeowner's or renter's<br>           b. Life<br>           c. Health<br>           d. Auto<br>           e. Other: | <br><br><br><br>$135.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments)<br>Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)<br>           a. Auto:<br>           b. Other:<br>           c. Other:<br>           d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other:  See attached personal expenses | $462.55 |
| 17.b. Other: | |
| <mark>18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and,<br>   if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)</mark> | <mark>**$2,122.67**</mark> |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.** | |
| 20. STATEMENT OF MONTHLY NET INCOME<br>a. Average monthly income from Line 15 of Schedule I<br>b. Average monthly expenses from Line 18 above<br>c. Monthly net income (a. minus b.) | <br>$4,772.67<br>$2,122.67<br>$2,650.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

IN RE:  **Eduardo Quevedo**                                    CASE NO
        **Emma Rios Quevedo**

                                                              CHAPTER    **13**

## EXHIBIT TO SCHEDULE J

## Itemized Personal Expenses

| Expense | Amount |
|---|---:|
| Conseco Health Ins Co/Cancer Policy | **$30.55** |
| Accidental Ins (His) | **$12.00** |
| Prescriptions for Both | **$320.00** |
| Miscellaneous | **$100.00** |
| **Total >** | **$462.55** |

Official Form 6 - Declaration (10/06)

In re  **Eduardo Quevedo**                                    Case No. _____
**Emma Rios Quevedo**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**45**_____

sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page as attached plus 2.)

Date  **04/30/2007**_____        Signature  **/s/ Eduardo Quevedo**_____
                                                        **Eduardo Quevedo**

Date  **04/30/2007**_____        Signature  **/s/ Emma Rios Quevedo**_____
                                                        **Emma Rios Quevedo**
                                            [If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

Official Form 7
(04/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

In re:  **Eduardo Quevedo**                                        Case No.  _____
**Emma Rios Quevedo**                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$16,778.98 (07)** | **Spouses Income** |
| **$54,948.00 (06)** | **Spouses Income** |
| **$49,057.00 (05)** | **Spouses Income** |

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$3,748.00   (07)** | **Debtors Social Security Benefits** |
| **$11,982.00 (06)** | **Debtors Social Security Benefits** |
| **$11,510.40 (05)** | **Debtors Social Security Benefits** |
| | |
| **$2,987.57 (07)** | **Non-Taxable Sick Pay** |
| **$8,962.72 (06)** | **Non-Taxable Sick Pay** |
| **$8,962.72 (05)** | **Non-Taxable Sick Pay** |
| | |
| **$0.00 (07)** | **Interest Income** |
| **$206.00 (06)** | **Interest Income** |
| **$302.00 (05)** | **Interest Income** |

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Official Form 7 - Cont.
(04/07)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

In re:   **Eduardo Quevedo**                        Case No. _____
         **Emma Rios Quevedo**                                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☑

a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 5. Repossessions, foreclosures and returns

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Wells Fargo Home Mortgage PO Box 14547 Des Moines IA 50306-3547** | **Foreclosure Sale set for 5/1/07** | **House: 2406 29th St. Lubbock, Texas 79411 $68,247.00** |

---

### 6. Assignments and receiverships

None ☑

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None ☑

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Official Form 7 - Cont.
(04/07)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

In re:   **Eduardo Quevedo**                                    Case No. _____
         **Emma Rios Quevedo**                                         (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Durbin & Associates 2723 81st Street Lubbock, Texas  79423** | **04/30/2007** | **See Attached "Attorney Disclosure Herein"** |
| **Money Management Int'l/CCCS 9009 West Loop South Suite 700 Houston TX 77096** | **04/29/07** | **$50.00** |
| **Family Life Credit Services 2345 MeadowRidge Parkway PO Box 720 West Fargo ND 58078-0720** | **August 06 to March 07** | **$1273.00 Per Month** |

---

### 10. Other transfers

None ☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

### 11. Closed financial accounts

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Official Form 7 - Cont.
(04/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

In re:  **Eduardo Quevedo**                                    Case No. _____
        **Emma Rios Quevedo**                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

**13. Setoffs**

None

☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **Bank of America** | **4-07** | **$3597.00** |
| **4161 Piedmont Pkwy** | | |
| **Greensboro, NC 27410** | | |
| **(CD)** | | |

---

**14. Property held for another person**

None

☑

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None

☑

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None

☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None

☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None

☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None

☑

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

Official Form 7 - Cont.
(04/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

In re:   **Eduardo Quevedo**                                        Case No. _____
         **Emma Rios Quevedo**                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

**18. Nature, location and name of business**

None
☑

a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

---

None
☑

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

**19. Books, records and financial statements**

None
☑

a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

---

None
☑

b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None
☑

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None
☑

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

**20. Inventories**

None
☑

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None
☑

b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

Official Form 7 - Cont.
(04/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

In re:   **Eduardo Quevedo**                     Case No. _____
**Emma Rios Quevedo**                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

**21. Current Partners, Officers, Directors and Shareholders**

None ☑

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☑

b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

**22. Former partners, officers, directors and shareholders**

None ☑

a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None ☑

b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None ☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

**25. Pension Funds**

None ☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

Official Form 7 - Cont.
(04/07)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

In re:   **Eduardo Quevedo**                                          Case No.   _____
         **Emma Rios Quevedo**                                                            (if known)


# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date   **04/30/2007**_____        Signature _____   **/s/ Eduardo Quevedo**_____
                                                  of Debtor            **Eduardo Quevedo**

Date   **04/30/2007**_____        Signature _____   **/s/ Emma Rios Quevedo**_____
                                                  of Joint Debtor     **Emma Rios Quevedo**
                                                  (if any)


*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. Sections 152 and 3571*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

IN RE:  **Eduardo Quevedo**                                    CASE NO
        **Emma Rios Quevedo**

                                                              CHAPTER   **13**

## <u>DISCLOSURE OF COMPENSATION UNDER 11 U.S.C. § 329 AND B.R. 2016(B)</u>

| | |
|---|---|
| **Amount paid:** | $1,156.00 |
| **Amount to be paid through the plan:** | $1,844.00 |
| **Amount to be paid outside the plan:** | $0.00 |
| **Property transferred to attorney:** | None; $70 Collected & Paid to Credit Bureau |
| **Collateral held by attorney:** | None |
| **Source of compensation:** | Current wages |

*I certify that I am the attorney for the above named debtor, and that the compensation paid or agreed to be paid to me for services rendered or to be rendered on behalf of the Debtor in or in connection with a case under Title 11 of the United States Code, such payment or agreement having been made after one year before the date of filing of the petition, is as indicated above.*

*I further certify that the Debtor has been informed and has agreed that the compensation paid shall include the following legal services:  (a) All conferences with the Debtor; (b) Preparation of Petition and Schedules; (c) Attendance at 341 First Meeting and attendance at reaffirmation and/or confirmation hearings; (d) Preparation of routine motions.*

*I have not agreed to share this compensation with any person other than members of the firm.*

Date  04/30/2007                                    **/s/ Eduardo Quevedo**
                                                    ***Eduardo Quevedo***


  **/s/ Wendy McDowell Durbin**                     **/s/ Emma Rios Quevedo**
***Wendy McDowell Durbin***        Bar No.  **00788010**    ***Emma Rios Quevedo***
Durbin & Associates
2723 81st Street
Lubbock, Tx 79423
Phone: (806) 771-7500 / Fax: (806) 744-4740

*Wendy McDowell Durbin*          *00788010*
*Durbin & Associates*
*2723 81st Street*
*Lubbock, Tx 79423*
*(806) 771-7500*
*Attorney for the Petitioner*

# UNITED STATES BANKRUPTCY COURT FOR THE

*NORTHERN DISTRICT OF TEXAS*
*LUBBOCK DIVISION*

In re:                                    Case No.:
**Eduardo Quevedo**                       SSN:  **xxx-xx-8752**
**Emma Rios Quevedo**                     SSN:  **xxx-xx-7934**
Debtor(s)                        **Numbered Listing of Creditors**

Address:
**2406 29th St.**                Chapter:    **13**
**Lubbock, TX 79411**

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 1. | AA/CBSD<br>PO Box 9714<br>Gray TN 37615<br>xxxxxxxxxxxx7000 | Unsecured Claim | $610.00 |
| 2. | Applied Card Systems<br>PO Box 310731<br>Boca Raton, FL 33431<br>xxxxxxxx3788 | Unsecured Claim | $1,276.00 |
| 3. | Arrow Financial Service<br>5996 West Touhy Ave<br>Niles IL 60714-4610<br>xxxx7931 | Unsecured Claim | |
| 4. | Arrow Financial Service<br>5996 West Touhy Ave<br>Niles IL 60714-4610<br>xxxx9770 | Unsecured Claim | |
| 5. | Arrow Financial Service<br>5996 West Touhy Ave<br>Niles IL 60714-4610<br>xxxx1550 | Unsecured Claim | |
| 6. | Arrow Financial Service<br>5996 West Touhy Ave<br>Niles IL 60714-4610<br>xxxx9977 | Unsecured Claim | |

in re:   **Eduardo Quevedo**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 7.    Arrow Financial Service<br>5996 West Touhy Ave<br>Niles IL 60714-4610<br>xxxx1768 | Unsecured Claim | |
| 8.    Asset Acceptance Corp.<br>PO Box 2036<br>Warren, MI 48090<br>xxxx8028 | Unsecured Claim | |
| 9.    Asset Acceptance Corp.<br>PO Box 2036<br>Warren, MI 48090<br>xxxx7680 | Unsecured Claim | |
| 10.    Asset Acceptance Corp.<br>PO Box 2036<br>Warren, MI 48090<br>xxxx1595 | Unsecured Claim | |
| 11.    Bank of America<br>PO Box 15026<br>Wilmington, DE 19850-5026<br>xxxx-xxxx-xxxx-1698 | Unsecured Claim | $431.00 |
| 12.    Bedford Fair<br>PO Box 370<br>Milford OH 45150<br>xxxxxxxxxxxx6307 | Unsecured Claim | $202.00 |
| 13.    Bloomingdales Premier Plus<br>PO Box 979030<br>Miami FL 33197<br>xxxxxx7002 | Unsecured Claim | $20.00 |
| 14.    Brylane Home/WFNNB<br>PO Box 182782<br>Columbus OH 43218-2782<br>xxxx5089 | Unsecured Claim | $571.00 |
| 15.    Capital One<br>PO Box 30285<br>SLC UT 84130-0285<br>xxxxxxxx9587 | Unsecured Claim | $3,475.00 |

in re:  **Eduardo Quevedo**

Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 16.    Capital One<br>PO Box 30285<br>SLC UT 84130-0285<br>xxxx-xxxx-xxxx-8113 | Unsecured Claim | $1,775.00 |
| 17.    Capital One<br>PO Box 30285<br>SLC UT 84130-0285<br>xxxxxxxx1666 | Unsecured Claim | $1,641.00 |
| 18.    Capital One<br>PO Box 30285<br>SLC UT 84130-0285<br>xxxxxxxx5127 | Unsecured Claim | $1,360.00 |
| 19.    Capital One<br>PO Box 30285<br>SLC UT 84130-0285<br>xxxxxxxx8028 | Unsecured Claim | $1,327.00 |
| 20.    Capital One<br>PO Box 30285<br>SLC UT 84130-0285<br>xxxx-xxxx-xxxx-5705 | Unsecured Claim | $1,243.00 |
| 21.    Capital One<br>PO Box 30285<br>SLC UT 84130-0285<br>xxxxxxxx5731 | Unsecured Claim | $881.00 |
| 22.    Capital One<br>PO Box 30285<br>SLC UT 84130-0285<br>xxxx-xxxx-xxxx-8723 | Unsecured Claim | $659.00 |
| 23.    Capital One<br>PO Box 30285<br>SLC UT 84130-0285<br>xxxx-xxxx-xxxx-9547 | Unsecured Claim | $257.00 |
| 24.    Capital One<br>PO Box 30285<br>SLC UT 84130-0285<br>xxxx-xxxx-xxxx-6453 | Unsecured Claim | $223.00 |

in re:     **Eduardo Quevedo**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 25. Capital One<br>PO Box 30285<br>SLC UT 84130-0285<br>xxxxxxxx8203 | Unsecured Claim | $0.00 |
| 26. Capitol Loans/Retail<br>4136 34th St<br>Lubbock, TX 79410-2640<br>xxxxxxx3601 | Unsecured Claim | $316.00 |
| 27. Central Finance<br>2310 Ave Q<br>Lubbock TX  79401<br>x8936 | Unsecured Claim | $170.00 |
| 28. Chase Cardmember Services<br>P.O. Box 15298<br>Wilmington, DE 19850-5298<br>xxxx-xxxx-xxxx-3600 | Unsecured Claim | $4,254.00 |
| 29. Chase Cardmember Services<br>P.O. Box 15298<br>Wilmington, DE 19850-5298<br>xxxx-xxxx-xxxx-5870 | Unsecured Claim | $1,698.00 |
| 30. Chase Cardmember Services<br>P.O. Box 15298<br>Wilmington, DE 19850-5298<br>xxxx-xxxx-xxxx-8542 | Unsecured Claim | $980.00 |
| 31. Chevron<br>2001 Diamond Blvd<br>PO Box 5010 Sect 230 Rm 180<br>Concord CA 94524 0010<br>xxxxxx9205 | Unsecured Claim | $20.00 |
| 32. Citgo/CBSD<br>PO Box 6003<br>Hagerstown MD 21747<br>xxxxx4116 | Unsecured Claim | $455.00 |
| 33. Citgo/CBSD<br>PO Box 6003<br>Hagerstown MD 21747<br>xxxxx7820 | Unsecured Claim | $0.00 |

in re:    **Eduardo Quevedo**

| | Debtor | | Case No. (if known) |
|---|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 34. CMS/Cardworks<br>101 Woodbury Park West<br>Woodbury NY 11803<br>xxxx-xxxx-xxxx-8544 | Unsecured Claim | |
| 35. Codilis & Stawiarski, P.C.<br>650 N Sam Houston PkwaySte 450<br>Houston, Texas 77060<br>xx Name | Unsecured Claim | $0.00 |
| 36. Collectech Diversified<br>PO Box 12027<br>Lubbock TX 79452<br>xxxxxxxxxxxxx6194 | Unsecured Claim | $0.00 |
| 37. Covenant Health System<br>PO Box 1201<br>Lubbock TX  79408<br>xxxxx0109 | Unsecured Claim | $336.00 |
| 38. Covenant Medical Group<br>3508 22nd Place<br>Lubbock TX  79410<br>xxx6993 | Unsecured Claim | $69.30 |
| 39. Datasearch Inc<br>PO Box 461289<br>San Antonio TX  78246-1289<br>xxx1624 | Unsecured Claim | |
| 40. Deborah J Penner PC<br>PO Box 65166<br>Lubbock TX 79464<br>xx Name | Unsecured Claim | $0.00 |
| 41. Durbin & Associates<br>2723 81st Street<br>Lubbock, Texas  79423 | Priority Claim | $1,844.00 |
| 42. EQUIFAX<br>PO BOX 105873<br>ATLANTA GA 30348 | Unsecured Claim | $0.00 |

in re:  **Eduardo Quevedo**

Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 43.  EXPERIAN<br>PO BOX 2002<br>ALLEN TX 75013 | Unsecured Claim | $0.00 |
| 44.  ExxonMobile<br>PO Box 688940<br>Des Moines IA 50368<br>xxxxxxxxxxxx0259 | Unsecured Claim | $20.00 |
| 45.  Family Life Credit Services<br>2345 MeadowRidge Parkway<br>PO Box 720<br>West Fargo ND 58078-9557 | Unsecured Claim | $0.00 |
| 46.  FCNB Master Trust<br>1620 Dodge Street<br>Omaha NE 68102<br>xxxx-xxxx-xxxx-0592 | Unsecured Claim | $2,199.00 |
| 47.  FCNB Master Trust<br>1620 Dodge Street<br>Omaha NE 68102<br>xxxx-xxxx-xxxx-3847 | Unsecured Claim | $1,805.00 |
| 48.  First Premier<br>PO Box 5524<br>Sioux Falls SD 57117-5524<br>xxxx-xxxx-xxxx-5171 | Unsecured Claim | $0.00 |
| 49.  First Premier<br>PO Box 5524<br>Sioux Falls SD 57117-5524<br>xxxx-xxxx-xxxx-5954 | Unsecured Claim | $0.00 |
| 50.  First Premier<br>PO Box 5524<br>Sioux Falls SD 57117-5524<br>xxxx-xxxx-xxxx-2295 | Unsecured Claim | $0.00 |
| 51.  First Premier<br>PO Box 5524<br>Sioux Falls SD 57117-5524<br>xxxx-xxxx-xxxx-5488 | Unsecured Claim | $0.00 |

in re:    **Eduardo Quevedo**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 52. First Premier<br>PO Box 5524<br>Sioux Falls SD 57117-5524<br>xxxx-xxxx-xxxx-2069 | Unsecured Claim | $0.00 |
| 53. Ford Motor Credit<br>PO Box 537901<br>Livonia MI 48153 7901<br>xxxx3797 | Secured Claim | $21,435.38 |
| 54. Ford Motor Credit<br>PO Box 537901<br>Livonia MI 48153 7901<br>xxxx7153 | Secured Claim | $16,834.03 |
| 55. Ford Motor Credit<br>PO Box 537901<br>Livonia MI 48153 7901<br>xxxx0093 | Secured Claim | $3,898.00 |
| 56. GasCard<br>PO Box 3514<br>Midland TX 79702<br>xx8789 | Unsecured Claim | $86.00 |
| 57. GEMB/Dillards National Bank<br>P O Box 981430<br>El Paso, TX 79998-1430<br>xxxxxxxxxxxx6996 | Unsecured Claim | $126.00 |
| 58. GEMB/JcPenney<br>P.O. Box 981131<br>El Paso, Texas 79998<br>xxxxxxxxxxxx9968 | Unsecured Claim | $5,749.00 |
| 59. GEMB/Mervyn's<br>PO Box 981064<br>El Paso, TX 79998-1064<br>xxxxxxxxxxxx/xxxxxxx0509 | Unsecured Claim | $1,501.00 |
| 60. GEMB/Walmart<br>P.O. Box 981064<br>El Paso, Texas 79998<br>xxxxxxxxxxxx1111 | Unsecured Claim | $425.00 |

in re:   **Eduardo Quevedo**

Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 61. Ginny's<br>1112 7th Avenue<br>Monroe, WI  53566-1364<br>xxxxxxxxx963O | Unsecured Claim | $355.00 |
| 62. Goodyear/CitiBank<br>PO Box 689182<br>Des Moines IA  50368-9182<br>xxxxxxxxxxxx0373 | Unsecured Claim | $57.00 |
| 63. Grand Pointe<br>PO Box 77009<br>Madison WI 53707-1009<br>xxxxxxxxx916G | Unsecured Claim | $77.08 |
| 64. HSBC Card Svc/Orchard Bank<br>PO Box 80084<br>Salinas, CA  93912-0084<br>xxxx-xxxx-xxxx-1786 | Unsecured Claim | $1,265.00 |
| 65. HSBC Card Svc/Orchard Bank<br>PO Box 80084<br>Salinas, CA  93912-0084<br>xxxx-xxxx-xxxx-7090 | Unsecured Claim | $1,008.00 |
| 66. HSBC Card Svc/Orchard Bank<br>PO Box 80084<br>Salinas, CA  93912-0084<br>xxxx-xxxx-xxxx-5601 | Unsecured Claim | $847.00 |
| 67. HSBC Card Svc/Orchard Bank<br>PO Box 80084<br>Salinas, CA  93912-0084<br>xxxx-xxxx-xxxx-0756 | Unsecured Claim | $553.00 |
| 68. HSBC Card Svc/Orchard Bank<br>PO Box 80084<br>Salinas, CA  93912-0084<br>xxxx-xxxx-xxxx-5752 | Unsecured Claim | $0.00 |
| 69. HSBC Card Svc/Orchard Bank<br>PO Box 80084<br>Salinas, CA  93912-0084<br>xxxxxx6221 | Unsecured Claim | $0.00 |

in re:    **Eduardo Quevedo**

_____          _____
Debtor                                                                      Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 70.   HSBC/Best Buy<br>P.O. Box 15521<br>Wilmington, DE  19850<br>xxxxxxxxxxxx6575 | Unsecured Claim | |
| 71.   IRS Special Procedures<br>55 North Robinson Street<br>Mail Stop 5024<br>Oklahoma City OK 73102 | Priority Claim | $0.00 |
| 72.   Jefferson Capital Systems<br>16 McLeland Rd<br>St Cloud MN 56303<br>xxxxxx4226 | Unsecured Claim | $0.00 |
| 73.   Jesus Carlos Quevedo<br>517 Cactus<br>Levelland TX 79336<br>xx Name | Unsecured Claim | $0.00 |
| 74.   Lacks Stores Inc<br>Nicole Jimenez<br>2391 NE Loop 410 Ste 201<br>San Antonio TX  78217<br>xxxxxxxxxxx8565 | Secured Claim | $1,517.00 |
| 75.   Lacks Stores Inc<br>Nicole Jimenez<br>2391 NE Loop 410 Ste 201<br>San Antonio TX  78217<br>xxxxxxxxxxx6976 | Secured Claim | $1,113.00 |
| 76.   LVNV Funding LLC<br>c/o Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587<br>xxxxxxxxxxxx3108 | Unsecured Claim | |
| 77.   LVNV Funding LLC<br>c/o Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587<br>xxxxxxxxxxxx6575 | Unsecured Claim | $0.00 |
| 78.   Macy's/Foleys<br>PO Box 8066<br>Mason OH 45040<br>xxxxxxxx9120 | Unsecured Claim | $1,593.00 |

in re:    **Eduardo Quevedo**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 79. Macy's/Foleys<br>PO Box 8066<br>Mason OH 45040<br>xxxxxxxxx7920 | Unsecured Claim | $417.00 |
| 80. Majestic/CB&T<br>PO Box 105555<br>Atlanta GA 30348-5555<br>xxxx-xxxx-xxxx-6862 | Unsecured Claim | $1,170.00 |
| 81. Marshall Fields<br>111 Boulder Industrial Dr<br>Bridgeton, MO 63044<br>xxxx6940 | Unsecured Claim | $47.00 |
| 82. Merrick Bank<br>PO Box 5000<br>Draper, UT  84020-5000<br>xxxx-xxxx-xxxx-2715 | Unsecured Claim | $459.00 |
| 83. Midland Credit Management<br>PO Box 939019<br>San Diego CA  92123<br>xxxxxx8394 | Unsecured Claim | |
| 84. Monterey County Bank<br>Bankcard Services<br>PO Box 4145<br>Beaverton OR 97076-4145<br>xxxx-xxxx-xxxx-3855 | Unsecured Claim | $0.00 |
| 85. Montgomery Ward<br>PO Box 2843<br>Monroe WI 53566-0843<br>xxxxxxx9003 | Unsecured Claim | $44.00 |
| 86. NCO FIN/99<br>507 PRUDENTIAL RD<br>HORSHAM, PA 19044<br>xxx1815 | Unsecured Claim | $0.00 |
| 87. NCO Financial Systems<br>507 Prudential Road<br>Horsham PA  19044<br>xxx5638 | Unsecured Claim | |

in re:    **Eduardo Quevedo**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 88.  Noble Finance<br>2806 Ave Q Ste B<br>Lubbock, Texas 79411-2458<br>xxxx5442 | Secured Claim | $447.00 |
| 89.  Plains Commerce Bank<br>PO Box 88020<br>Sioux Falls, SD  57109<br>xxxx-xxxx-xxxx-3985 | Unsecured Claim | $1,576.00 |
| 90.  Plains Commerce Bank<br>PO Box 88020<br>Sioux Falls, SD  57109<br>xxxx-xxxx-xxxx-6377 | Unsecured Claim | $260.00 |
| 91.  Polo Towers Las Vegas<br>3745 Las Vegas Blvd South<br>Las Vegas, Nevada 89109<br>xx-x0280 | Unsecured Claim | $2,315.37 |
| 92.  Polo Towers Vacation Ownership<br>P.O. Box 79063<br>Phoenix, AZ 85062<br>xxxxxxx0280 | Secured Claim | $15,918.00 |
| 93.  Presidio/CM<br>101 Crossway Park West<br>Woodberry NY 11797<br>xxxx-xxxx-xxxx-2332 | Unsecured Claim | $2,969.00 |
| 94.  Providian<br>PO Box 9201<br>Old Bethpage NY 11804<br>xxxx-xxxx-xxxx-8544 | Unsecured Claim | $876.00 |
| 95.  Radio Shack Credit Plan<br>PO Box 689182<br>Des Moines IA  50368<br>xxxxxxxxxxxx0000 | Unsecured Claim | $1,749.00 |
| 96.  Retail Merchants<br>PO Box 2249<br>Lubbock TX 79408<br>xxxxx6712 | Unsecured Claim | $0.00 |

in re:   **Eduardo Quevedo**

Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 97. Sears/CBUSA<br>P.O. Box 6924<br>The Lakes, NV 88901-6924<br>xxxxxxxxxxxx3108 | Unsecured Claim | $2,110.00 |
| 98. Seventh Avenue<br>1112 7th Avenue<br>Monroe WI 53566<br>xxxxxxxxx957O | Unsecured Claim | $1,689.00 |
| 99. Seventh Avenue<br>1112 7th Avenue<br>Monroe WI 53566<br>xxxxxxxxx157O | Unsecured Claim | $402.00 |
| 100. Shell Credit Texaco Citibank<br>P.O. Box 689151<br>Des Moines, IA 50368-9151<br>xxxxx5601 | Unsecured Claim | $93.00 |
| 101. Spiegel<br>Box 9204<br>Old Bethpage, NY 11804<br>xxxxxxxxxxxx9376 | Unsecured Claim | $2,494.00 |
| 102. Sun Loan<br>2108 50th Street<br>Lubbock TX 79401<br>x2234 | Unsecured Claim | $464.00 |
| 103. Sun Loans<br>2245 19th Street<br>Lubbock TX 79401<br>x2244 | Unsecured Claim | $340.00 |
| 104. Swiss Colony<br>1112 7th Ave<br>Monroe WI 53566-1364<br>xxxxxxxxx984A | Unsecured Claim | $282.00 |
| 105. Target National Bank<br>c/o Target Credit Services<br>PO Box 1581<br>Minneapolis MN 55440-1581<br>xxxxx8166 | Unsecured Claim | $134.00 |

in re:   **Eduardo Quevedo**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 106.  TRANS UNION<br>2 BALDWIN PLACE<br>PO BOX 1000<br>CHESTER PA 19022 | Unsecured Claim | $0.00 |
| 107.  TTUHSC<br>PO Box 5865<br>Lubbock TX 79408-5865<br>xxxxxx/xxx5674 | Unsecured Claim | $1,034.17 |
| 108.  UMC<br>PO Box 2898<br>Lubbock Texas 79408<br>xx4753 | Unsecured Claim | $358.00 |
| 109.  United States Trustee<br>Mr William Neary<br>1100 Commerce Rm 976<br>Dallas TX 75242-1496 | Priority Claim | $0.00 |
| 110.  US Attorney<br>Rm C 201 Federal Bldg<br>1205 Texas Avenue<br>Lubbock TX 79401 | Priority Claim | $0.00 |
| 111.  US Attorney General<br>US Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | Priority Claim | $0.00 |
| 112.  US Dept of Housing<br>52 Corporate Circle<br>Albany, NY 12203<br>xxxxxx2540 | Unsecured Claim | $0.00 |
| 113.  Valero/Diamond Shamrock<br>PO Box 631<br>Amarillo TX 79105<br>xxxx3830 | Unsecured Claim | $61.00 |
| 114.  Washington Mutual/Providian<br>PO Box 660509<br>Dallas TX 75266-0509<br>xxxxxx9961 | Unsecured Claim | $0.00 |

in re:  **Eduardo Quevedo**

Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 115. Washington Mutual/Providian<br>PO Box 660509<br>Dallas TX 75266-0509<br>xxxxxx7427 | Unsecured Claim | $0.00 |
| 116. Wells Fargo Home Mortgage<br>PO Box 14547<br>Des Moines IA 50306-3547<br>xxxxxxxxx8293 | Secured Claim | $22,463.00 |
| 117. WFNNB/Avenue<br>PO Box 2974<br>Shawnee Mission KS 66201-1374<br>xxxxx9811 | Unsecured Claim | $664.00 |
| 118. WFNNB/Bealls<br>PO Box 64<br>Jacksonville TX 75766-0054<br>xxxxxxxxxxxx0872 | Unsecured Claim | $381.00 |
| 119. WFNNB/Blair Catalog<br>PO Box 29239<br>Shawnee Mission KS 66201<br>xxxxxxxxxxxx6433 | Unsecured Claim | $604.00 |
| 120. WFNNB/Blair Catalog<br>PO Box 29239<br>Shawnee Mission KS 66201<br>xxxxxxxxxxxx2666 | Unsecured Claim | $175.00 |
| 121. WFNNB/Jessica London<br>PO Box 182125<br>Columbus OH 43218-2125<br>xxxxx7203 | Unsecured Claim | $272.00 |
| 122. WFNNB/King Sizes<br>4590 E Broad Street<br>Columbus, OH 43213<br>xxxx8758 | Unsecured Claim | $469.00 |
| 123. WFNNB/Lane Bryant<br>PO Box 182125<br>Columbus OH 43218-2125<br>xxxxxxxxxxxx8173 | Unsecured Claim | $969.00 |

in re:  **Eduardo Quevedo**

| | | |
|---|---|---|
| | Debtor | Case No. (if known) |

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 124.   WFNNB/Metro Style/Lerner<br>PO Box 182125<br>Columbus OH 43218-2125<br>xxxxx3005 | Unsecured Claim | $705.00 |
| 125.   WFNNB/Roamans<br>PO Box 182125<br>Columbus OH 43218-2125<br>xxxxx2561 | Unsecured Claim | $677.00 |
| 126.   WFNNB/Victorias Secret<br>PO Box 182125<br>Columbus OH 43218-2125<br>xxxxx7458 | Unsecured Claim | $269.00 |

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I, **Eduardo Quevedo** ,

named as debtor in this case, declare under penalty of perjury that I have read the foregoing *Numbered Listing of Creditors,*
consisting of ___15___ sheets (including this declaration), and that it is true and correct to the best of my information and belief.
the best of my information and belief.

Debtor: **/s/ Eduardo Quevedo**      Date: 04/30/2007
         **Eduardo Quevedo**

Spouse: **/s/ Emma Rios Quevedo**      Date: 04/30/2007
         **Emma Rios Quevedo**

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (see 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____      _____
Printed or Typed Name of Bankruptcy Petition Preparer      Social Security Number

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Forms for each person.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

IN RE:   **Eduardo Quevedo**                                                         CASE NO
             **Emma Rios Quevedo**

                                                                                              CHAPTER   **13**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  04/30/2007 _____          Signature  _/s/ Eduardo Quevedo_____
                                                                   **Eduardo Quevedo**

Date  04/30/2007 _____          Signature  _/s/ Emma Rios Quevedo_____
                                                                   **Emma Rios Quevedo**

                                                                   _/s/ Wendy McDowell Durbin_____
                                                                   **Wendy McDowell Durbin**
                                                                   **00788010**
                                                                   **Durbin & Associates**
                                                                   **2723 81st Street**
                                                                   **Lubbock, Tx 79423**
                                                                   **(806) 771-7500**

Debtor(s):  **Eduardo Quevedo**
            **Emma Rios Quevedo**

Chapter: **13**

NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| AA/CBSD<br>xxxxxxxxxxxx7000<br>PO Box 9714<br>Gray TN 37615 | Asset Acceptance Corp.<br>xxxx1595<br>PO Box 2036<br>Warren, MI  48090 | Capital One<br>xxxx-xxxx-xxxx-5705<br>PO Box 30285<br>SLC UT 84130-0285 |
| Any Creditor With Arbitration<br>Clause Provisions | Bank of America<br>xxxx-xxxx-xxxx-1698<br>PO Box 15026<br>Wilmington, DE 19850-5026 | Capital One<br>xxxxxxxx5731<br>PO Box 30285<br>SLC UT 84130-0285 |
| Applied Card Systems<br>xxxxxxxx3788<br>PO Box 310731<br>Boca Raton, FL 33431 | Bedford Fair<br>xxxxxxxxxxxx6307<br>PO Box 370<br>Milford OH 45150 | Capital One<br>xxxx-xxxx-xxxx-8723<br>PO Box 30285<br>SLC UT 84130-0285 |
| Arrow Financial Service<br>xxxx7931<br>5996 West Touhy Ave<br>Niles IL 60714-4610 | Bloomingdales Premier Plus<br>xxxxxx7002<br>PO Box 979030<br>Miami FL 33197 | Capital One<br>xxxx-xxxx-xxxx-9547<br>PO Box 30285<br>SLC UT 84130-0285 |
| Arrow Financial Service<br>xxxx9770<br>5996 West Touhy Ave<br>Niles IL 60714-4610 | Brylane Home/WFNNB<br>xxxx5089<br>PO Box 182782<br>Columbus OH 43218-2782 | Capital One<br>xxxx-xxxx-xxxx-6453<br>PO Box 30285<br>SLC UT 84130-0285 |
| Arrow Financial Service<br>xxxx1550<br>5996 West Touhy Ave<br>Niles IL 60714-4610 | Capital One<br>xxxxxxxx9587<br>PO Box 30285<br>SLC UT 84130-0285 | Capital One<br>xxxxxxxx8203<br>PO Box 30285<br>SLC UT 84130-0285 |
| Arrow Financial Service<br>xxxx9977<br>5996 West Touhy Ave<br>Niles IL 60714-4610 | Capital One<br>xxxx-xxxx-xxxx-8113<br>PO Box 30285<br>SLC UT 84130-0285 | Capitol Loans/Retail<br>xxxxxxx3601<br>4136 34th St<br>Lubbock, TX 79410-2640 |
| Arrow Financial Service<br>xxxx1768<br>5996 West Touhy Ave<br>Niles IL 60714-4610 | Capital One<br>xxxxxxxx1666<br>PO Box 30285<br>SLC UT 84130-0285 | Central Finance<br>x8936<br>2310 Ave Q<br>Lubbock TX  79401 |
| Asset Acceptance Corp.<br>xxxx8028<br>PO Box 2036<br>Warren, MI  48090 | Capital One<br>xxxxxxxx5127<br>PO Box 30285<br>SLC UT 84130-0285 | Chase Cardmember Services<br>xxxx-xxxx-xxxx-3600<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |
| Asset Acceptance Corp.<br>xxxx7680<br>PO Box 2036<br>Warren, MI  48090 | Capital One<br>xxxxxxxx8028<br>PO Box 30285<br>SLC UT 84130-0285 | Chase Cardmember Services<br>xxxx-xxxx-xxxx-5870<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |

Debtor(s):  **Eduardo Quevedo**
            **Emma Rios Quevedo**

Chapter: **13**

NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

Chase Cardmember Services
xxxx-xxxx-xxxx-8542
P.O. Box 15298
Wilmington, DE 19850-5298

Deborah J Penner PC
xx Name
PO Box 65166
Lubbock TX 79464

FCNB Master Trust
xxxx-xxxx-xxxx-3847
1620 Dodge Street
Omaha NE 68102

Chevron
xxxxxx9205
2001 Diamond Blvd
PO Box 5010 Sect 230 Rm 180
Concord CA 94524 0010

Durbin & Associates
2723 81st Street
Lubbock, Tx 79423

First Premier
xxxx-xxxx-xxxx-5171
PO Box 5524
Sioux Falls SD 57117-5524

Citgo/CBSD
xxxxx4116
PO Box 6003
Hagerstown MD 21747

Durbin & Associates
2723 81st Street
Lubbock, Texas  79423

First Premier
xxxx-xxxx-xxxx-5954
PO Box 5524
Sioux Falls SD 57117-5524

Citgo/CBSD
xxxxx7820
PO Box 6003
Hagerstown MD 21747

Eduardo Quevedo
PO Box 11422
Lubbock, TX 79408

First Premier
xxxx-xxxx-xxxx-2295
PO Box 5524
Sioux Falls SD 57117-5524

CMS/Cardworks
xxxx-xxxx-xxxx-8544
101 Woodbury Park West
Woodbury NY 11803

Emma Rios Quevedo
PO Box 11422
Lubbock, TX 79408

First Premier
xxxx-xxxx-xxxx-5488
PO Box 5524
Sioux Falls SD 57117-5524

Codilis & Stawiarski, P.C.
xx Name
650 N Sam Houston PkwaySte 450
Houston, Texas 77060

EQUIFAX
PO BOX 105873
ATLANTA GA 30348

First Premier
xxxx-xxxx-xxxx-2069
PO Box 5524
Sioux Falls SD 57117-5524

Collectech Diversified
xxxxxxxxxxxxx6194
PO Box 12027
Lubbock TX 79452

EXPERIAN
PO BOX 2002
ALLEN TX 75013

Ford Motor Credit
xxxx3797
PO Box 537901
Livonia MI 48153 7901

Covenant Health System
xxxxx0109
PO Box 1201
Lubbock TX  79408

ExxonMobile
xxxxxxxxxxxx0259
PO Box 688940
Des Moines IA 50368

Ford Motor Credit
xxxx7153
PO Box 537901
Livonia MI 48153 7901

Covenant Medical Group
xxx6993
3508 22nd Place
Lubbock TX  79410

Family Life Credit Services
2345 MeadowRidge Parkway
PO Box 720
West Fargo ND 58078-9557

Ford Motor Credit
xxxx0093
PO Box 537901
Livonia MI 48153 7901

Datasearch Inc
xxx1624
PO Box 461289
San Antonio TX  78246-1289

FCNB Master Trust
xxxx-xxxx-xxxx-0592
1620 Dodge Street
Omaha NE 68102

GasCard
xx8789
PO Box 3514
Midland TX 79702

Debtor(s):  Eduardo Quevedo
            Emma Rios Quevedo
Chapter: 13

NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

GEMB/Dillards National Bank
xxxxxxxxxxxx6996
P O Box 981430
El Paso, TX 79998-1430

GEMB/JcPenney
xxxxxxxxxxxx9968
P.O. Box 981131
El Paso, Texas 79998

GEMB/Mervyn's
xxxxxxxxxxxx/xxxxxxx0509
PO Box 981064
El Paso, TX 79998-1064

GEMB/Walmart
xxxxxxxxxxxxl111
P.O. Box 981064
El Paso, Texas 79998

Ginny's
xxxxxxxxx963O
1112 7th Avenue
Monroe, WI  53566-1364

Goodyear/CitiBank
xxxxxxxxxxxx0373
PO Box 689182
Des Moines IA  50368-9182

Grand Pointe
xxxxxxxxx916G
PO Box 77009
Madison WI 53707-1009

HSBC Card Svc/Orchard Bank
xxxx-xxxx-xxxx-1786
PO Box 80084
Salinas, CA  93912-0084

HSBC Card Svc/Orchard Bank
xxxx-xxxx-xxxx-7090
PO Box 80084
Salinas, CA  93912-0084

HSBC Card Svc/Orchard Bank
xxxx-xxxx-xxxx-5601
PO Box 80084
Salinas, CA  93912-0084

HSBC Card Svc/Orchard Bank
xxxx-xxxx-xxxx-0756
PO Box 80084
Salinas, CA  93912-0084

HSBC Card Svc/Orchard Bank
xxxx-xxxx-xxxx-5752
PO Box 80084
Salinas, CA  93912-0084

HSBC Card Svc/Orchard Bank
xxxxxx6221
PO Box 80084
Salinas, CA  93912-0084

HSBC/Best Buy
xxxxxxxxxxxx6575
P.O. Box 15521
Wilmington, DE  19850

IRS Special Procedures
55 North Robinson Street
Mail Stop 5024
Oklahoma City OK 73102

Jefferson Capital Systems
xxxxxx4226
16 McLeland Rd
St Cloud MN 56303

Jesus Carlos Quevedo
xx Name
517 Cactus
Levelland TX 79336

Jesus Carlos Quevedo
517 Cactus
Levelland, Texas 79336

Lacks Stores Inc
xxxxxxxxxxx8565
Nicole Jimenez
2391 NE Loop 410 Ste 201
San Antonio TX  78217

Lacks Stores Inc
xxxxxxxxxxx6976
Nicole Jimenez
2391 NE Loop 410 Ste 201
San Antonio TX  78217

LVNV Funding LLC
xxxxxxxxxxxx3108
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

LVNV Funding LLC
xxxxxxxxxxxx6575
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Macy's/Foleys
xxxxxxxxx9120
PO Box 8066
Mason OH 45040

Macy's/Foleys
xxxxxxxxx7920
PO Box 8066
Mason OH 45040

Majestic/CB&T
xxxx-xxxx-xxxx-6862
PO Box 105555
Atlanta GA 30348-5555

Marshall Fields
xxxx6940
111 Boulder Industrial Dr
Bridgeton, MO 63044

Merrick Bank
xxxx-xxxx-xxxx-2715
PO Box 5000
Draper, UT  84020-5000

Midland Credit Management
xxxxxx8394
PO Box 939019
San Diego CA  92123

Monterey County Bank
xxxx-xxxx-xxxx-3855
Bankcard Services
PO Box 4145
Beaverton OR 97076-4145

Montgomery Ward
xxxxxxx9003
PO Box 2843
Monroe WI 53566-0843

NCO FIN/99
xxx1815
507 PRUDENTIAL RD
HORSHAM, PA 19044

NCO Financial Systems
xxx5638
507 Prudential Road
Horsham PA  19044

Noble Finance
xxxx5442
2806 Ave Q Ste B
Lubbock, Texas 79411-2458

Plains Commerce Bank
xxxx-xxxx-xxxx-3985
PO Box 88020
Sioux Falls, SD  57109

Plains Commerce Bank
xxxx-xxxx-xxxx-6377
PO Box 88020
Sioux Falls, SD  57109

Polo Towers Las Vegas
xx-x0280
3745 Las Vegas Blvd South
Las Vegas, Nevada 89109

Polo Towers Vacation Ownership
xxxxxxx0280
P.O. Box 79063
Phoenix, AZ 85062

Presidio/CM
xxxx-xxxx-xxxx-2332
101 Crossway Park West
Woodberry NY 11797

Providian
xxxx-xxxx-xxxx-8544
PO Box 9201
Old Bethpage NY 11804

Radio Shack Credit Plan
xxxxxxxxxxxx0000
PO Box 689182
Des Moines IA  50368

Retail Merchants
xxxxx6712
PO Box 2249
Lubbock TX 79408

Robert B Wilson Trustee
1500 Broadway Suite 300
Lubbock TX 79401

Sears/CBUSA
xxxxxxxxxxxx3108
P.O. Box 6924
The Lakes, NV 88901-6924

Seventh Avenue
xxxxxxxxx957O
1112 7th Avenue
Monroe WI 53566

Seventh Avenue
xxxxxxxxx157O
1112 7th Avenue
Monroe WI 53566

Shell Credit Texaco Citibank
xxxxx5601
P.O. Box 689151
Des Moines, IA 50368-9151

Spiegel
xxxxxxxxxxxx9376
Box 9204
Old Bethpage, NY 11804

Sun Loan
x2234
2108 50th Street
Lubbock TX 79401

Sun Loans
x2244
2245 19th Street
Lubbock TX 79401

Swiss Colony
xxxxxxxxx984A
1112 7th Ave
Monroe WI 53566-1364

Target National Bank
xxxxx8166
c/o Target Credit Services
PO Box 1581
Minneapolis MN 55440-1581

TRANS UNION
2 BALDWIN PLACE
PO BOX 1000
CHESTER PA 19022

TTUHSC
xxxxxx/xxx5674
PO Box 5865
Lubbock TX 79408-5865

UMC
xx4753
PO Box 2898
Lubbock Texas 79408

United States Trustee
Mr William Neary
1100 Commerce Rm 976
Dallas TX 75242-1496

US Attorney
Rm C 201 Federal Bldg
1205 Texas Avenue
Lubbock TX 79401

US Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

US Dept of Housing
xxxxxx2540
52 Corporate Circle
Albany, NY 12203

Valero/Diamond Shamrock
xxxx3830
PO Box 631
Amarillo TX 79105

Washington Mutual/Providian
xxxxxx9961
PO Box 660509
Dallas TX 75266-0509

Washington Mutual/Providian
xxxxxx7427
PO Box 660509
Dallas TX 75266-0509

WFNNB/Roamans
xxxxx2561
PO Box 182125
Columbus OH 43218-2125

Wells Fargo Home Mortgage
xxxxxxxxx8293
PO Box 14547
Des Moines IA 50306-3547

WFNNB/Victorias Secret
xxxxx7458
PO Box 182125
Columbus OH 43218-2125

WFNNB/Avenue
xxxxx9811
PO Box 2974
Shawnee Mission KS 66201-1374

WFNNB/Bealls
xxxxxxxxxxxx0872
PO Box 64
Jacksonville TX 75766-0054

WFNNB/Blair Catalog
xxxxxxxxxxxx6433
PO Box 29239
Shawnee Mission KS 66201

WFNNB/Blair Catalog
xxxxxxxxxxxx2666
PO Box 29239
Shawnee Mission KS 66201

WFNNB/Jessica London
xxxxx7203
PO Box 182125
Columbus OH 43218-2125

WFNNB/King Sizes
xxxx8758
4590 E Broad Street
Columbus, OH 43213

WFNNB/Lane Bryant
xxxxxxxxxxxx8173
PO Box 182125
Columbus OH 43218-2125

WFNNB/Metro Style/Lerner
xxxxx3005
PO Box 182125
Columbus OH 43218-2125

**Official Form 22C (Chapter 13) (04/07)**

In re: **Eduardo Quevedo**

**Emma Rios Quevedo**

Case Number:

| According to the calculations required by this statement: |
|---|
| ☑ **The applicable commitment period is 3 years.** |
| ☐ **The applicable commitment period is 5 years.** |
| ☐ **Disposable Income is determined under § 1325(b)(3).** |
| ☑ **Disposable Income is not determined under § 1325(b)(3).** |
| (Check the boxes as directed in Lines 17 and 23 of this statement.) |

# CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME
# AND CALCULATION OF COMMITMENT PERIOD AND DISPOSABLE INCOME

In addition to Schedules I and J, this statement must be completed by every individual Chapter 13 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| Part I. REPORT OF INCOME | | | | |
|---|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐  Unmarried.   **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ☑  Married.   **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | | | |
| 1 | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | | **Column A**<br><br>Debtor's Income | **Column B**<br><br>Spouse's Income |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | | $0.00 | $3,978.14 |
| 3 | **Income from the operation of a business, profession, or farm.**   Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3.  Do not enter a number less than zero.   **Do not include any part of the business expenses entered on Line b as a deduction in Part IV.** | | | | |
|  | a. | Gross receipts | $0.00          $0.00 | | |
|  | b. | Ordinary and necessary business expenses | $0.00          $0.00 | | |
|  | c. | Business income | Subtract Line b from Line a | $0.00 | $0.00 |
| 4 | **Rent and other real property income.**   Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4.  Do not enter a number less than zero.  **Do not include any part of of the operating expenses entered on Line b as a deduction in Part IV.** | | | | |
|  | a. | Gross receipts | $0.00          $0.00 | | |
|  | b. | Ordinary and necessary operating expenses | $0.00          $0.00 | | |
|  | c. | Rent and other real property income | Subtract Line b from Line a | $0.00 | $0.00 |
| 5 | **Interest, dividends, and royalties.** | | | $0.00 | $0.00 |
| 6 | **Pension and retirement income.** | | | $0.00 | $0.00 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child or spousal support.**  Do not include amounts paid by the debtor's spouse. | | | $0.00 | $0.00 |
| 8 | **Unemployment compensation.**   Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act        Debtor $0.00        Spouse $0.00 | | | $0.00 | $0.00 |
| 9 | **Income from all other sources.**   Specify source and amount.  If necessary, list additional sources on a separate page.  Total and enter on Line 9.  DO NOT INCLUDE any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | | | |
|  | a. | | | | |
|  | b. | | | $0.00 | $0.00 |
| 10 | **Subtotal.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B.  Enter the total(s). | | | $0.00 | $3,978.14 |
| 11 | **Total.**  If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 10, Column A. | | | $3,978.14 | |

## Part II. CALCULATION OF § 1325(b)(4) COMMITMENT PERIOD

| 12 | Enter the amount from Line 11. | $3,978.14 |
|---|---|---|
| 13 | **Marital adjustment.**   If you are married, but are not filing jointly with your spouse, AND if you contend that calculation of the commitment period under § 1325(b)(4) does not require inclusion of the income of your spouse, enter the amount of the income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of you or your dependents.   Otherwise, enter zero. | |
| 14 | **Subtract Line 13 from Line 12 and enter the result.** | $3,978.14 |
| 15 | **Annualized current monthly income for § 1325(b)(4).**   Multiply the amount from Line 14 by the number 12 and enter the result. | $47,737.68 |
| 16 | **Applicable median family income.**   Enter the median family income for applicable state and household size.  (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <br><br> a. Enter debtor's state of residence: _____**Texas**_____   b. Enter debtor's household size: __**2**__ | $48,849.00 |
| 17 | **Application of § 1325(b)(4).**  Check the applicable box and proceed as directed. <br><br> ☑ **The amount on Line 15 is less than the amount on Line 16.** Check the box for "The applicable commitment period is 3 years" at the top of page 1 of this statement and continue with this statement. <br><br> ☐ **The amount on Line 15 is not less than the amount on Line 16.**  Check the box for "The applicable commitment period is 5 years" at the top of page 1 of this statement and continue with this statement. | |

## Part III. APPLICATION OF § 1325(b)(3) FOR DETERMINING DISPOSABLE INCOME

| 18 | Enter the amount from Line 11. | $3,978.14 |
|---|---|---|
| 19 | **Marital adjustment.**   If you are married, but are not filing jointly with your spouse, enter the amount of the income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of you or your dependents.   If you are unmarried or married and filing jointly with your spouse, enter zero. | |
| 20 | **Current monthly income for § 1325(b)(3).**   Subtract Line 19 from Line 18 and enter the result. | $3,978.14 |
| 21 | **Annualized current monthly income for § 1325(b)(3).**   Multiply the amount from Line 20 by the number 12 and enter the result. | $47,737.68 |
| 22 | **Applicable median family income.**  Enter the amount from Line 16. | $48,849.00 |
| 23 | **Application of § 1325(b)(3).**  Check the applicable box and proceed as directed. <br> ☐ **The amount on Line 21 is more than the amount on Line 22.**  Check the box for "Disposable income is determined under § 1325(b)(3)" at the top of page 1 of this statement and complete the remaining parts of this statement. <br> ☑ **The amount on Line 21 is not more than the amount on Line 22.**  Check the box for "Disposable income is not determined under § 1325(b)(3)" at the top of page 1 of this statement and complete Part VII of this statement.  DO NOT COMPLETE PARTS IV, V, OR VI. | |

## Part IV. CALCULATION OF DEDUCTIONS ALLOWED UNDER § 707(b)(2)

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 24 | **National Standards: food, clothing, household supplies, personal care, and miscellaneous.** Enter the "Total" amount from IRS National Standards for Allowable Living Expenses for the applicable family size and income level.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |
|---|---|---|
| 25A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2007

| 25B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 47; subtract Line b from Line a and enter the result in Line 25B.  DO NOT ENTER AN AMOUNT LESS THAN ZERO. | |
|---|---|---|

| | a. | IRS Housing and Utilities Standards; mortgage/rent Expense | |
|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 47 | |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a. |

| 26 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 25A and 25B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | |
|---|---|---|

| 27 | **Local Standards: transportation; vehicle operation/public transportation expense.**<br>You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 7.    ☐ 0   ☐ 1   ☐ 2 or more<br><br>Enter the amount from IRS Transportation Standards, Operating Costs & Public Transportation Costs for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |
|---|---|---|

| 28 | **Local Standards: transportation ownership/lease expense; Vehicle 1.**<br>Check the number of vehicles for which you claim an ownership/lease expense.  (You may not claim an ownership/lease expense for more than two vehicles.)    ☐ 1   ☐ 2 or more<br><br>Enter, in Line a below, the amount of the IRS Transportation Standards, Ownership Costs, First Car (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 47; subtract Line b from Line a and enter the result in Line 28.  DO NOT ENTER AN AMOUNT LESS THAN ZERO. | |
|---|---|---|

| | a. | IRS Transportation Standards, Ownership Costs, First Car | |
|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 47 | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. |

| 29 | **Local Standards: transportation ownership/lease expense; Vehicle 2.**<br>Complete this Line only if you checked the "2 or more" Box in Line 28.<br><br>Enter, in Line a below, the amount of the IRS Transportation Standards, Ownership Costs, Second Car (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 47; subtract Line b from Line a and enter the result in Line 29.  DO NOT ENTER AN AMOUNT LESS THAN ZERO. | |
|---|---|---|

| | a. | IRS Transportation Standards, Ownership Costs, Second Car | |
|---|---|---|---|
| | b. | Average Monthly Payments for debts secured by Vehicle 2, if any, as stated in Line 47 | |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. |

| 30 | **Other Necessary Expenses: taxes.**   Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes.  DO NOT INCLUDE REAL ESTATE OR SALES TAXES. | |
|---|---|---|

| 31 | **Other Necessary Expenses: mandatory payroll deductions.**  Enter the total average monthly payroll deductions that are required for your employment, such as mandatory retirement contributions, union dues, and uniform costs.  DO NOT INCLUDE DISCRETIONARY AMOUNTS, SUCH AS NON-MANDATORY 401(K) CONTRIBUTIONS. | |
|---|---|---|

| | | |
|---|---|---|
| 32 | **Other Necessary Expenses: life insurance.**  Enter average monthly premiums that you actually pay for term life insurance for yourself.  DO NOT INCLUDE PREMIUMS FOR INSURANCE ON YOUR DEPENDENTS, FOR WHOLE LIFE, OR FOR ANY OTHER FORM OF INSURANCE. | |
| 33 | **Other Necessary Expenses: court-ordered payments.**  Enter the total monthly amount that you are required to pay pursuant to court order, such as spousal or child support payments.  DO NOT INCLUDE PAYMENTS ON PAST DUE SUPPORT OBLIGATIONS INCLUDED IN LINE 49. | |
| 34 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.**  Enter the total monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | |
| 35 | **Other Necessary Expenses: childcare.** Enter the average monthly amount that you actually expend on childcare--such as baby-sitting, day care, nursery and preschool.  DO NOT INCLUDE OTHER EDUCATIONAL PAYMENTS. | |
| 36 | **Other Necessary Expenses: health care.**  Enter the average monthly amount that you actually expend on health care expenses that are not reimbursed by insurance or paid by a health savings account.  DO NOT INCLUDE PAYMENTS FOR HEALTH INSURANCE OR HEALTH SAVINGS ACCOUNTS LISTED IN LINE 39. | |
| 37 | **Other Necessary Expenses: telecommunication services.**  Enter the average monthly amount that you actually pay for telecommunication services other than your basic home telephone service--such as cell phones, pagers, call waiting, caller id, special long distance, or internet service--to the extent necessary for your health and welfare or that of your dependents.  DO NOT INCLUDE ANY AMOUNT PREVIOUSLY DEDUCTED. | |
| 38 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 24 through 37. | |

| | Subpart B: Additional Expense Deductions under § 707(b) Note: Do not include any expenses that you have listed in Lines 24-37 | |
|---|---|---|
| 39 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.**  List and total the average monthly amounts that you actually pay for yourself, your spouse, or your dependents in the following categories. | |

| | | |
|---|---|---|
| a. | Health Insurance | |
| b. | Disability Insurance | |
| c. | Health Savings Account | |
| | Total: Add Lines a, b and c | |

| | | |
|---|---|---|
| 40 | **Continued contributions to the care of household or family members.**  Enter the actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses.  DO NOT INCLUDE PAYMENTS LISTED IN LINE 34. | |
| 41 | **Protection against family violence.** Enter any average monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | |
| 42 | **Home energy costs.**  Enter the average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs.  YOU MUST PROVIDE YOUR CASE TRUSTEE WITH DOCUMENTATION DEMONSTRATING THAT THE ADDITIONAL AMOUNT CLAIMED IS REASONABLE AND NECESSARY. | |
| 43 | **Education expenses for dependent children under 18.**  Enter the average monthly expenses that you actually incur, not to exceed $137.50 per child, in providing elementary and secondary education for your dependent children less than 18 years of age.  YOU MUST PROVIDE YOUR CASE TRUSTEE WITH DOCUMENTATION DEMONSTRATING THAT THE AMOUNT CLAIMED IS REASONABLE AND NECESSARY AND NOT ALREADY ACCOUNTED FOR IN THE IRS STANDARDS. | |
| 44 | **Additional food and clothing expense.**  Enter the average monthly amount by which your food and clothing expenses exceed the combined allowances for food and apparel in the IRS National Standards, not to exceed five percent of those combined allowances.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  YOU MUST PROVIDE YOUR CASE TRUSTEE WITH DOCUMENTATION DEMONSTRATING THAT THE ADDITIONAL AMOUNT CLAIMED IS REASONABLE AND NECESSARY. | |
| 45 | **Continued charitable contributions.**  Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | |
| 46 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 39 through 45. | |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2007

| | | | | |
|---|---|---|---|---|
|  | **Subpart C: Deductions for Debt Payment** | | | |

| | | | | |
|---|---|---|---|---|
| 47 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, and state the Average Monthly Payment. The Average Monthly Payment is the total of all amounts contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. Mortgage debts should include payments of taxes and insurance required by the mortgage. If necessary, list additional entries on a separate page. | | | |

| | Name of Creditor | Property Securing the Debt | 60-month Average Payment |
|---|---|---|---|
| a. | | | |
| b. | | | |
| c. | | | |
| | | | Total: Add Lines a, b and c |

| | | | | |
|---|---|---|---|---|
| 48 | **Other payments on secured claims.** If any of the debts listed in Line 47 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 47, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | | | |

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | |
| b. | | | |
| c. | | | |
| | | | Total: Add Lines a, b and c |

| | |
|---|---|
| 49 | **Payments on priority claims.** Enter the total amount of all priority claims (including priority child support and alimony claims), divided by 60. |

| | | | | |
|---|---|---|---|---|
| 50 | **Chapter 13 administrative expenses.** Multiply the amount in Line a by the amount in Line b, and enter the resulting administrative expense. | | | |
| | a. | Projected average monthly Chapter 13 plan payment. | | |
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | | % |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | |

| | | |
|---|---|---|
| 51 | **Total Deductions for Debt Payment.** Enter the total of Lines 47 through 50. | |

| | |
|---|---|
|  | **Subpart D: Total Deductions Allowed under § 707(b)(2)** |

| | | |
|---|---|---|
| 52 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 38, 46 and 51. | |

---

### Part V. DETERMINATION OF DISPOSABLE INCOME UNDER § 1325(b)(2)

| | | |
|---|---|---|
| 53 | **Total current monthly income.** Enter the amount from Line 20. | |
| 54 | **Support income.** Enter the monthly average of any child support payments, foster care payments, or disability payments for a dependent child, included in Line 7, that you received in accordance with applicable nonbankruptcy law, to the extent reasonably necessary to be expended for such child. | |
| 55 | **Qualified retirement deductions.** Enter the monthly average of (a) all contributions or wage deductions made to qualified retirement plans, as specified in § 541(b)(7) and (b) all repayments of loans from retirement plans, as specified in § 362(b)(19). | |
| 56 | **Total of all deductions allowed under § 707(b)(2).** Enter the amount from Line 52. | |
| 57 | **Total adjustments to determine disposable income.** Add the amounts on Lines 54, 55, and 56 and enter the result. | |
| 58 | **Monthly Disposable Income under § 1325(b)(2).** Subtract Line 57 from Line 53 and enter the result. | |

## Part VI: ADDITIONAL EXPENSE CLAIMS

**Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses.

59

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | |
| b. | | |
| c. | | |
| | Total:  Add Lines a, b, and c | |

## Part VII: VERIFICATION

I declare under penalty of perjury that the information provided in this statement is true and correct.
*(If this is a joint case, both debtors must sign.)*

60

Date:  __04/30/2007__          Signature:  __/s/ Eduardo Quevedo__
                                                    (Debtor)

Date:  __04/30/2007__          Signature:  __/s/ Emma Rios Quevedo__
                                                    (Joint Debtor, if any)

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2007