```
                                                04/02/2007   902398     **********


           Emma E. Rios-Quevedo
           RC




                                          MS    EX    BEG DATE   END DATE VOUCH NO

             Emma E. Rios-Quevedo         M     0                            902398
                       Sick Leave Balance:    405.00        as of 03/20/200
         HOURS    CURRENT  YR TO DATE                    CURRENT  YR TO DATE
Gross Pay          3957.08   13994.32 Teachers Retirement   253.25     895.64
Federal Tax        3703.83   13098.68 Long Term Disab        21.28      85.12
OASDI               245.34     867.64 Short Disability        9.60      38.40
Federal Income Tax  416.57    1410.70 Dependent Life          1.51       6.04
Medicare             57.38     202.92 Net Pay              2952.15   10487.86




                   DIRECT DEPOSIT, APRIL, 2007
                        SOUTH PLAINS COLLEGE
```

SEQ: W057192

**WAL ★ MART**
702 S.W. 8th St.
Bentonville, AR 72716

EMMA E RIOS-QUEVEDO    01WS    SOCIAL SECURITY # XXXXXX7934

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE | TAXES/DEDUCTIONS | | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | 79500 | 6051 | 48105 | 267716 | FEDERAL TAX | 1905 | 9626 |
| MY$HARE INCT | | | 00 | 1980 | SOCIAL SECURITY | 3812 | 21303 |
| CO STK CONT | | | 75 | 75 | CO STK CONT | 75 | 75 |
| SUNDAY PREMIUM | 10000 | 1646 | 1646 | 8620 | STOCK PURCH | 500 | 500 |

| | YTD STOCK | PURCHASE | DEDUCTIONS | START OVER | THIS CHECK | | |
|---|---|---|---|---|---|---|---|
| CURRENT | 49826 | 5717 | 575 | 43534 | BEG 03-31-2007 | 073460381 | 43534 |
| YEAR TO DATE | 278466 | 30929 | 1150 | 246387 | END 04-13-2007 | CHECK NUMBER | AMT OF CHECK |
| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | | |

STATEMENT OF EARNINGS AND DEDUCTIONS • DETACH AND RETAIN FOR YOUR RECORDS

## Pay Stub 1 — SEQ: R038300

**WAL ★ MART**
702 S.W. 8th St.
Bentonville, AR 72716

EMMA E RIOS-QUEVEDO    01WS    SOCIAL SECURITY # XXXXXX7934

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 79500 | 6384 | 50753 | 219611 |
| MY$HARE INCT | | | 00 | 1980 |
| CO STK CONT | | | 75 | 75 |
| SUNDAY PREMIUM | 10000 | 1679 | 1679 | 6974 |

| TAXES/DEDUCTIONS | | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | 2173 | 7721 |
| SOCIAL SECURITY | 4017 | 17491 |
| CO STK CONT | 75 | 75 |
| STOCK PURCH | 500 | 500 |

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | CHECK NUMBER | AMT OF CHECK |
|---|---|---|---|---|---|---|---|
| CURRENT | 52507 | 6190 | 575 | 45742 | BEGIN 03-17-2007 | 072749816 | 45742 |
| YEAR TO DATE | 228640 | 25212 | 575 | 202853 | END 03-30-2007 | | |

STATEMENT OF EARNINGS AND DEDUCTIONS • DETACH AND RETAIN FOR YOUR RECORDS

## Pay Stub 2 — SEQ: E028649

**WAL ★ MART**
702 S.W. 8th St.
Bentonville, AR 72716

EMMA E RIOS-QUEVEDO    01WS    SOCIAL SECURITY # XXXXXX7934

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 79500 | 6783 | 53925 | 168858 |
| MY$HARE INCT | | | 1980 | 1980 |
| SUNDAY PREMIUM | 10000 | 1621 | 1621 | 5295 |

| TAXES/DEDUCTIONS | | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | 2675 | 5548 |
| SOCIAL SECURITY | 4400 | 13474 |

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | CHECK NUMBER | AMT OF CHECK |
|---|---|---|---|---|---|---|---|
| CURRENT | 57526 | 7075 | 00 | 50451 | BEGIN 03-03-2007 | 072008445 | 50451 |
| YEAR TO DATE | 176133 | 19022 | | 157111 | END 03-16-2007 | | |

STATEMENT OF EARNINGS AND DEDUCTIONS • DETACH AND RETAIN FOR YOUR RECORDS

## Pay Stub 3 — SEQ: V030213

**WAL ★ MART**
702 S.W. 8th St.
Bentonville, AR 72716

EMMA E RIOS-QUEVEDO    01WS    SOCIAL SECURITY # XXXXXX7934

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 79500 | 5484 | 43598 | 114933 |
| SUNDAY PREMIUM | 10000 | 1480 | 1480 | 3674 |

| TAXES/DEDUCTIONS | | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | 1430 | 2873 |
| SOCIAL SECURITY | 3449 | 9074 |

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | CHECK NUMBER | AMT OF CHECK |
|---|---|---|---|---|---|---|---|
| CURRENT | 45078 | 4879 | 00 | 40199 | BEGIN 02-17-2007 | 071290650 | 40199 |
| YEAR TO DATE | 118607 | 11947 | | 106660 | END 03-02-2007 | | |

STATEMENT OF EARNINGS AND DEDUCTIONS • DETACH AND RETAIN FOR YOUR RECORDS