Wendy McDowell Durbin
SBN 00788010
Durbin & Associates
2723 81st Street
Lubbock, TX 79423
806-771-7500
806-744-4740 Fax
806-209-0330 efax
wdurbin@durbinlaw.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **EDUARDO QUEVEDO** | § | **CASE NO.  07-50132-RLJ-13** |
| **EMMA RIOS QUEVEDO** | § | |
| | § | |
| **DEBTORS** | § | |

## DEBTORS' OBJECTION TO PROOF OF CLAIM SIXTY-THREE (63) FILED BY HSBC BANK NEVADA NA/HSBC CARD SERVICES III BY ECAST SETTLEMENT CORPORATION, AS ITS AGENT

**COME NOW** the above-named debtors, by and through their attorney of record, Wendy McDowell Durbin, pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure and respectfully object to the Proof of Claim filed in this case by the above named creditor and in support hereof respectfully show unto the Court the following:

1.	This case was commenced by the filing of a petition with the Clerk of this court on April 30, 2007.

2.	HSBC BANK NEVADA NA/HSBC CARD SERVICES III BY ECAST SETTLEMENT CORPORATION, AS ITS AGENT, filed a purported proof of claim in the amount of $1,007.23 for "credit card debt".

3.	The debtors object to the filing of the said Proof of Claim on the basis that the claim does not comply with Federal Rules of Bankruptcy Procedure 3001(c) because the claim is based on written credit card agreement, but neither an original nor copy of the credit card agreement or any other supporting documents are attached to the proof of claim.

4.	An itemization of interest and other charges is not attached to the proof of claim as required.

5.	The debtors further object to the filing of the said proof of claim on the basis that no Notice of Assignment, Transfer or Sale of the said claim has been filed if appropriate to transfer the claim to eCast Settlement Corporation.

6.      As a result of HSBC BANK NEVADA NA/HSBC CARD SERVICES III BY ECAST SETTLEMENT CORPORATION, AS ITS AGENT's failure to comply with Federal Rule of Bankruptcy Procedure 3001(c), its proof of claim is not entitled to prima facie Validity.

**WHEREFORE,** the debtors pray of the Court as follows:

A.      That the Court disallow the claim of HSBC BANK NEVADA NA/HSBC CARD SERVICES III BY ECAST SETTLEMENT CORPORATION, AS ITS AGENT;

B.      That HSBC BANK NEVADA NA/HSBC CARD SERVICES III BY ECAST SETTLEMENT CORPORATION, AS ITS AGENT, be precluded from filing any amended, modified or substitute claim in this case;

C.      That the debtors have such other and further relief as the Court may deem just and proper.

Dated: November 26, 2007.

/s/Wendy McDowell Durbin
SBN 00788010
Durbin & Associates
2723 81st Street
Lubbock, TX 79423
806-771-7500
806-744-4740 Fax
806-209-0330 efax
wdurbin@durbinlaw.com

## BANKRUPTCY RULE 9007 AND 3007

*PURSUANT TO LOCAL BANKRUPTCY RULE 9007 AND 3007, YOU ARE HEREBY NOTIFIED THAT NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, ROOM 306, FEDERAL BLDG., 1205 TEXAS AVENUE, LUBBOCK, TX 79401 BEFORE THIRTY (30) DAYS FROM THE DATE OF SERVICE HEREOF.*

*\* UNDER BANKRUPTCY RULE 9006(A), SERVICE BY MAIL IS COMPLETE UPON MAILING.  UNDER BANKRUPTCY RULE 9006(F), THREE (3) DAYS ARE ADDED TO THE PERIOD FOR ANSWER OR OTHER RESPONSE WHEN SERVICE IS BY MAIL.*

*ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN.  IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.*

*IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.*

## CERTIFICATE OF SERVICE

Wendy McDowell Durbin, attorney for the debtors, hereby certifies to the Court as follows:

1.        I am not a party for the foregoing proceeding;
2.        I am not less than 18 years of age;
3.        I have this day served a copy of the foregoing **OBJECTION TO PROOF OF CLAIM AND NOTICE OF OPPORTUNITY FOR HEARING** on all parties in interest by placing the same in an envelope, first-class mail, postage prepaid, addressed to each person at his dwelling house or usual place of abode or to the place where he regularly conducts his business or profession as follows:

HSBC BANK NEVADA NA/HSBC CARD SERVICES III BY ECAST SETTLEMENT
CORPORATION, AS ITS AGENT
P.O. Box 35480
Newark, NJ 07193-5480

Eduardo and Emma Quevedo
P.O. Box 11422
Lubbock, Texas 79408

**And via the Court's Electronic Case Filing System to:**

Robert B. Wilson
Chapter 13 Trustee
1500 Broadway, Suite 300
Lubbock, TX 79401

Mr. William Neary
United States Trustee
1100 Commerce,  Ste 976
Dallas, TX 75424

4.        To the best of my knowledge, information and belief, the parties in interest are not infants or incompetent persons;
5.        Service as outlined herein was made within the United States of America.

Dated: November 26, 2007.

/s/Wendy McDowell Durbin
SBN 00788010
Durbin & Associates
2723 81st Street
Lubbock, TX 79423
806-771-7500
806-744-4740 Fax
wdurbin@durbinlaw.com