IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AT LUBBOCK

| | |
|---|---|
| In re:<br><br>EMMA RIOS QUEVEDO<br>EDUARDO QUEVEDO<br><br>Debtor(s). | Bankruptcy Case No. 07-50132<br><br>Chapter 13<br><br>BUSINESS RECORD AFFIDAVIT IN SUPPORT OF ROUNDUP FUNDING, LLC'S PROOF OF CLAIM NUMBER THIRTY NINE (39) |

STATE OF WASHINGTON    )
                       ) SS.
COUNTY OF KING         )

Steven G. Kane, being first duly sworn, upon oath deposes and says as follows:

1. I am the custodian of records for Roundup Funding, LLC (hereinafter "Roundup"), in the above referenced matter and make this affidavit upon personal knowledge.

2. On May 23, 2007, Roundup purchased a Sears credit card account xxxxxxxxxxxx3108 from Sherman Acquisition, LLC (hereinafter "Sherman"). A true and correct redacted copy of the May 2007 Assignment of Accounts and the redacted Schedule 1 from Sherman to Roundup for the xxxxxxxxxxxx3108 Sears credit card account is attached as Exhibit "A".

opened the account on 05/01/79, made last purchase on 12/19/05, made a last payment on 04/12/06, and owed Sears a prepetition balance of $2,478.20.

4. As the successor in interest to Sherman for the Sears credit card account xxxxxxxxxxxx3108, Roundup filed an unsecured verified proof of claim number thirty nine (39) for the Sears credit card account xxxxxxxxxxxx3108 in the amount of $2,478.20. Roundup attached an account summary, which shows that Emma Quevedo with social security number xxx-xx-7934 opened the Sears account xxxxxxxxxxxx3108 on 05/01/79, made a last purchase on 12/19/05, and made a last payment on 04/12/06.

5. Emma Quevedo owes Roundup, as the successor in interest to Sherman, an unsecured, prepetition debt in the amount of $2,478.20 for a Sears credit card account xxxxxxxxxxxx3108.

Dated this 1st day of February, 2008.

_____
Steven G. Kane
2101 Fourth Avenue, Suite 900
Seattle, WA 98121

SUBSCRIBED AND SWORN to be before this 1st day of February, 2008.

_____
Printed Name: Jessica F. Carson
Notary Public, Residing at Seattle
My appointment expires: 2/28/09

BUSINESS RECORD AFFIDAVIT IN SUPPORT OF ROUNDUP FUNDING,
LLC'S PROOF OF CLAIM NUMBER THIRTY NINE (39)
Page 2

## Exhibit A

### TERM AGREEMENT

This Term Agreement is dated as of May 23, 2007 by and between Sherman Acquisition, L.L.C, ("Seller") and Roundup Funding, L.L.C. ("Buyer").

Pursuant to the Bankruptcy Receivable Forward Flow Purchase Agreement dated as of March 29, 2007, between the parties hereto (the "Agreement"), Seller hereby agrees to transfer to Buyer, on the Closing Date, all right, title and interest in the Accounts or receivables arising therefrom described below. With respect to these Accounts, the terms below will have the following meanings:

Accounts: Attached hereto as Schedule 1, and incorporated herein by reference.

| | |
|---|---|
| Claim Verification Date: | August 20, 2007 |
| Closing Date: | May 23, 2007 |
| Cut-Off Date: | May 23, 2007 |
| Number of Accounts: | 5417 |
| Aggregate Unpaid Balance: | [redacted] |
| Purchase Price Payment: | [redacted] |

Any terms used herein and not otherwise defined will have the meanings set forth in the Agreement.

**Roundup Funding, LLC**

By: _____
Name: Rui A. Pinto-Cardoso
Title: President and COO


**SHERMAN ACQUISITION, LLC**

By: _____
Name: Laura M Schaible
Title: Authorized Signatory

1

EXHIBIT A

### Exhibit C

### ASSIGNMENT OF ACCOUNTS

Sherman Acquisition, L.L.C. ("Seller"), for value received, transfers, sells, assigns, conveys, grants and delivers to Roundup Funding, L.L.C., all right, title and interest in and to (i) Seller's consumer accounts (5,417 accounts, ▓▓▓▓▓▓▓ in face value) which are described on computer files furnished by Seller to Buyer in connection herewith; and (ii) all proceeds of such accounts (each, an "Account") after the close of business on May 23, 2007.

Pursuant to the foregoing assignment, Seller stipulates that Buyer may be substituted for Seller as the valid owner of the Accounts and hereby waives any notice or hearing requirements imposed by Bankruptcy Rule 3001 (e) (2) or otherwise.

This Assignment is subject to the terms of the Bankruptcy Receivables Forward Flow Purchase Agreement dated March 29, 2007, between Seller and Buyer (the Agreement) without representations and warranties of any kind or character except as set forth therein.

DATE: May 24, 2007

Sherman Acquisition, L.L.C.
By: _____
Name: Laura M Schuble
Title: Authorized Signatory

2

| AccountNumber | OriginalIssuer | OriginalAccountNumber | P_SSN | P_FirstName | P_LastName | P_Address1 | P_City | P_State | P_ZipCode |
|---|---|---|---|---|---|---|---|---|---|
| xxxx-xxxx-xxxx-4359 | Sears | xxxx-xxxx-xxxx-4652 | xxx-xx-6573 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-5425 | Sears | xxxx-xxxx-xxxx-9249 | xxx-xx-7068 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-3207 | Sears | xxxx-xxxx-xxxx-8819 | xxx-xx-0010 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-3056 | Sears | xxxx-xxxx-xxxx-1695 | xxx-xx-8459 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-1907 | Sears | xxxx-xxxx-xxxx-0739 | xxx-xx-8412 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-5402 | Sears | xxxx-xxxx-xxxx-9538 | xxx-xx-5361 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-0154 | Sears | xxxx-xxxx-xxxx-2564 | xxx-xx-7694 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-5650 | Sears | xxxx-xxxx-xxxx-9206 | xxx-xx-1186 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-4620 | Sears | xxxx-xxxx-xxxx-0735 | xxx-xx-8664 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-5931 | Sears | xxxx-xxxx-xxxx-7620 | xxx-xx-7059 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-8079 | Sears | xxxx-xxxx-xxxx-4951 | xxx-xx-4345 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-6117 | Sears | xxxx-xxxx-xxxx-1667 | xxx-xx-9852 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-3262 | Sears | xxxx-xxxx-xxxx-3872 | xxx-xx-5422 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-0361 | Sears | xxxx-xxxx-xxxx-9630 | xxx-xx-3790 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-3002 | Sears | xxxx-xxxx-xxxx-5889 | xxx-xx-0932 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-2951 | Sears | xxxx-xxxx-xxxx-0118 | xxx-xx-6734 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-4547 | Sears | xxxx-xxxx-xxxx-0236 | xxx-xx-8811 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-5424 | Sears | xxxx-xxxx-xxxx-6278 | xxx-xx-5181 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-6863 | Sears | xxxx-xxxx-xxxx-1200 | xxx-xx-5102 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-4688 | Sears | xxxx-xxxx-xxxx-1512 | xxx-xx-0902 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-7147 | Sears | xxxx-xxxx-xxxx-9996 | xxx-xx-8012 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-9771 | Sears | xxxx-xxxx-xxxx-0749 | xxx-xx-2354 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-3542 | Sears | xxxx-xxxx-xxxx-5742 | xxx-xx-1293 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-2985 | Sears | xxxx-xxxx-xxxx-0211 | xxx-xx-1991 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-2389 | Sears | xxxx-xxxx-xxxx-6097 | xxx-xx-1277 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-2741 | Sears | xxxx-xxxx-xxxx-3248 | xxx-xx-7501 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-3853 | Sears | xxxx-xxxx-xxxx-1296 | xxx-xx-9113 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-5735 | Sears | xxxx-xxxx-xxxx-9116 | xxx-xx-5684 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-9447 | Sears | xxxx-xxxx-xxxx-1599 | xxx-xx-1334 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-1053 | Sears | xxxx-xxxx-xxxx-1656 | xxx-xx-4583 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-0470 | Sears | xxxx-xxxx-xxxx-2549 | xxx-xx-7651 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-7944 | Sears | xxxx-xxxx-xxxx-5830 | xxx-xx-4631 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-7811 | Sears | xxxx-xxxx-xxxx-5877 | xxx-xx-4631 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-7627 | Sears | xxxx-xxxx-xxxx-2585 | xxx-xx-9128 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-3306 | Sears | xxxx-xxxx-xxxx-1684 | xxx-xx-2450 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-3559 | Sears | xxxx-xxxx-xxxx-9411 | xxx-xx-4576 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-3210 | Sears | xxxx-xxxx-xxxx-6675 | xxx-xx-4841 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-1998 | Sears | xxxx-xxxx-xxxx-6313 | xxx-xx-9347 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-9709 | Sears | xxxx-xxxx-xxxx-9376 | xxx-xx-7934 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 18913799 | Sears | 50499480765531108 | xxx-xx-0926 | EMMA | QUEVEDO | P.O. BOX 11422 | LUBBOCK | TX | 79408 |
| xxxx-xxxx-xxxx-2072 | Sears | xxxx-xxxx-xxxx-7553 | xxx-xx-2211 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-2577 | Sears | xxxx-xxxx-xxxx-7684 | xxx-xx-8847 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-3227 | Sears | xxxx-xxxx-xxxx-6786 | xxx-xx-4963 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-1771 | Sears | xxxx-xxxx-xxxx-3897 | xxx-xx-2659 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-2313 | Sears | xxxx-xxxx-xxxx-6871 | xxx-xx-7102 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-1604 | Sears | xxxx-xxxx-xxxx-2563 | xxx-xx-1912 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-8094 | Sears | xxxx-xxxx-xxxx-8629 | xxx-xx-8635 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-7085 | Sears | xxxx-xxxx-xxxx-5369 | xxx-xx-2249 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-0199 | Sears | xxxx-xxxx-xxxx-7848 | xxx-xx-8853 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-3826 | Sears | xxxx-xxxx-xxxx-9672 | xxx-xx-4532 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-4043 | Sears | xxxx-xxxx-xxxx-4389 | xxx-xx-7348 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-6850 | Sears | xxxx-xxxx-xxxx-9421 | xxx-xx-6320 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-2877 | Sears | xxxx-xxxx-xxxx-8937 | xxx-xx-7348 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-3700 | Sears | xxxx-xxxx-xxxx-5566 | xxx-xx-6320 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-6463 | Sears | xxxx-xxxx-xxxx-5449 | xxx-xx-7145 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-1256 | Sears | xxxx-xxxx-xxxx-5091 | xxx-xx-4341 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-6854 | Sears | xxxx-xxxx-xxxx-3320 | xxx-xx-2424 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-0717 | Sears | xxxx-xxxx-xxxx-5276 | xxx-xx-1653 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| xxxx-xxxx-xxxx-8130 | Sears | xxxx-xxxx-xxxx-1713 | | | | | | | |

1698_Quevedo_7799 exhibit 1